IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | GRAND JURY 19-3 |
| | ) | |
| JOHN DOE 2010R03793 | ) | 1:19 dm 12  AJT |

APPLICATION FOR COMPULSION ORDER

COMES NOW G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Gordon D. Kromberg, Assistant United States Attorney, and respectfully requests this Honorable Court to issue an Order pursuant to 18 U.S.C. § 6003(a) compelling Chelsea Manning, formerly known as Bradley Manning (hereinafter referred to as "the witness") to give testimony and provide other information concerning the above-captioned proceeding and in any other proceedings ancillary thereto. The testimony of the witness and other information from the witness may be necessary to the public interest, and the witness has refused or will likely refuse to testify and provide other information on the basis of the witness' privilege against self-incrimination. This application is made with the approval of John C. Demers, Assistant Attorney General, U.S. Department of Justice, pursuant to his authority under 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a).

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney

FILED
2019 MAY -3  A 10: 47
CLERK US DISTRICT COURT