# EXHIBIT H

# FILED UNDER SEAL

FILED: April 22, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-1287
(1:19-dm-0000-CMH)

In re: GRAND JURY SUBPOENA

------------------------------

UNITED STATES OF AMERICA

    Plaintiff-Appellee

v.

CHELSEA MANNING

    Defendant-Appellant

ORDER

Chelsea Manning appeals the district court's order finding her in civil contempt for failure to testify before the grand jury and committing her to the custody of the Attorney General until such time as she purged herself of the contempt or for the life of the grand jury.

Appellant Manning argues on appeal that the district court improperly denied her motion concerning electronic surveillance, failed to properly address the issue of grand jury abuse, and improperly sealed the courtroom during substantial portions of the hearing. Upon consideration of the memorandum briefs filed on appeal and the record of proceedings in the district court, the court finds no error in the district court's rulings and affirms its finding of civil contempt. The court also denies appellant's motion for release on bail.

Entered at the direction of Senior Judge Duncan with the concurrence of Judge Niemeyer and Judge King.

                                        For the Court

                                        /s/ Patricia S. Connor, Clerk