# EXHIBIT J

# FILED UNDER SEAL

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

19-3 / 10GJ3793 / 19 - 1478

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Chelsea Manning,
formerly known as Bradley Manning

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | May 14, 2019   09:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:   **WITNESS ATTENDANCE.**

Date: May 08, 2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:   Gordon D. Kromberg, AUSA
Office of the United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314   (703) 299-3700

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: