# EXHIBIT L

## FILED UNDER SEAL



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY FIRES CENTER OF EXCELLENCE AND FORT SILL
455 MCNAIR AVE, SUITE 100
FORT SILL, OKLAHOMA 73530

ATZR-CG

10 MAY 19

MEMORANDUM FOR Private Bradley Manning, aka, Chelsea Manning

SUBJECT: Grant of Testimonial Immunity and Order to Testify

1. As an officer empowered to convene general courts-martial, and pursuant to the provisions of sections 6002 and 6004, Title 18, United States Code, and Rule for Courts-Martial 704, I make the following findings:

    a. You possess information relevant to a pending Grand Jury investigation of <u>United States v. John Doe 2010R03793,</u> in the United States District Court for the Eastern District of Virginia.

    b. On 6 May 2019, a United States District Judge in the Eastern District of Virginia found that the presentation of evidence by you in this case is necessary to the public interest.

    c. It is likely that you would refuse to testify on the basis of your privilege against self-incrimination if ordered to appear as a witness without testimonial immunity.

2. Pursuant to Rule for Courts-Martial 704 and section 6004, Title 18, United States Code, I order you to cooperate fully with the order issued by the United States District Court for the Eastern District of Virginia, to appear and testify fully, completely and truthfully before the aforementioned Grand Jury proceedings, and you shall provide full, complete and truthful information in regard to any other proceedings ancillary to the above-captioned proceeding.

3. As provided in R.C.M. 704 and section 6002, Title 18, United States Code, it is further ordered that no testimony or other information given by you pursuant to this order or any information directly or indirectly derived from such testimony or other information shall be used against you in a criminal case, to include any courts-martial, except except as permitted by 18 U.S.C. § 6002.

WILSON A. SHOFFNER
Major General, USA
Commanding