FILED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: Grand Jury Subpoena, | ) | |
| | ) | |
| CHELSEA MANNING, | ) | **MOTION TO QUASH** |
| | ) | **GRAND JURY SUBPOENA** |
| Subpoenaed Party. | ) | |

## STATEMENT OF MOTION

Comes now Chelsea Manning, by and through counsel, and pursuant to the

United States Constitution and applicable statutory rights, hereby moves this court

to quash a subpoena *ad testificandum* summoning her to testify before a federal

grand jury in this District. For reasons set forth herein, the subpoena is an abuse of

grand jury process, and must therefore be quashed.

Ms. Manning states the following in support of these requests:

## PRELIMINARY STATEMENT

Chelsea Manning is a former military analyst who disclosed, in 2010,

classified and unclassified but sensitive material showing the nature of modern

warfare and violations of international law. As a consequence of those disclosures,

she was court-martialed. At her trial, she took full responsibility for her actions,

was convicted, and sentenced to 35 years in prison.

Throughout her trial and confinement, she was heralded world-wide as a

champion of the free press and principled direct action; held up to illustrate the

punitive excesses of solitary confinement; and more recently, lauded as an advocate

for the rights of transgender people. In 2016, amidst global support, her request for

commutation of her sentence to time served was granted, and she was released

after serving seven years. Since her release, she has engaged civically in a number

of important ways, ranging from running for office to providing support for the 230

people arrested protesting Donald Trump's inauguration, writing a book, and

participating in a documentary film, which will be aired on Showtime in June,

2019.

On March 6, 2018, a grand jury sitting in the Eastern District of Virginia

issued an indictment for Julian Assange, the former publisher of the organization

Wikileaks <u>to which Ms. Manning had disclosed the documents in 2010</u>. Ms.

Manning is mentioned pervasively throughout the indictment and the supporting

affidavit of FBI agent Meghan Brown. <u>See</u> Exhibits A and B, attached. The United

States has commenced extradition proceedings in the United Kingdom based on

that indictment, which charges a single count of Conspiracy to Commit Computer

Intrusion under 18 U.S.C. §§ 371, 1030(a)(1), 1030(a)(2), and 1030(c)(2)(B)(ii).

See <u>Julian Assange Appears in Court for U.S. Extradition Hearing</u>, Meghan Specia

and Iliana Magra, New York Times, May 2, 2019 *available at* https://

www.nytimes.com/2019/05/02/world/europe/julian-assange-us-extradition.html.

On March 6, 2019, a full year after the indictment of Mr. Assange, Chelsea

Manning was summoned and appeared before the same grand jury that had issued

the indictment. She was asked questions relating to her 2010 disclosures, and

refused to answer, asserting various constitutional and statutory rights. On March

8, after a brief hearing, Ms. Manning was held in contempt and remanded to the

custody of the Attorney General, until either she agreed to give testimony, or the

term of the grand jury expired. On May 9, 2019 the grand jury expired and Ms.

Manning was released.

She is now subject to a new subpoena compelling her appearance before a

new grand jury on May 16, 2019. <u>See</u> Exhibit C.

<div align="center">ARGUMENT</div>

I.  THE SUBPOENA SEEKS TO COMPEL TESTIMONY FOR AN
    IMPROPER PURPOSE, AND IS AN ABUSE OF THE GRAND
    JURY PROCESS.

The grand jury's defining feature is secrecy, and the subject of this

investigation has not been publicly disclosed. What is known, however, is that a

CRITICAL

grand jury issued an indictment against Julian Assange, without testimony from Chelsea Manning. That grand jury terminated, having obtained an indictment, and satisfied its investigative function.

The government has indicated it wishes to speak to Ms. Manning about a) inconsistencies among her prior statements, and b) a time period before the disclosures of 2010 about which they claim to lack information. Each of these interests represent efforts of trial preparation and matters properly dealt with on cross examination, pretrial discovery, or in direct examination at trial.

While a presumption of regularity attaches to grand jury proceedings, the presumption is rebuttable. Although the burden of demonstrating an irregularity in such proceedings rests squarely upon the party alleging an impropriety. United States v. (Under Seal), 714 F.2d 347, 350 (4th Cir.), cert. dismissed, 464 U.S. 978, 104 S.Ct. 1019, 78 L.Ed.2d 354 (1983) Where, as here, a witness raises concrete and credible concerns about the potential impropriety of questioning, the presumption of regularity that normally attaches to grand jury proceedings is rebutted. United States v. Alvarado, 840 F.3d 184, 189 (4th Cir. 2016).

This does not mean that the grand jury may be stymied by mere speculation, but that in the face of credible concerns, the District Court must make an inquiry,

and that various remedies may be had. <u>In re Grand Jury Subpoenas Duces Tecum,</u> <u>Aug. 1986</u>, 658 F. Supp. 474, 477–78 (D. Md. 1987) (where the "government has failed to rebut this inference, by means <u>such as the introduction of an affidavit</u> attesting to the proper purpose of the investigation, <u>an evidentiary hearing</u> should be held in order to ascertain the government's true motives" *emphasis added*); <u>see</u> <u>also</u> <u>U.S. v. Loc Tien Nguyen</u>, 314 F.Supp.2d 612 (E.D.Va. 2004) ("particularized and factually based grounds exist to support the proposition that irregularities in the grand jury proceedings may create a basis for <u>dismissal of the indictment</u>" *emphasis added*).

"The principles that the powers of the grand jury may be used only to further its investigation, and that a court may quash a subpoena used for some other purpose, are both well recognized." <u>United States v. Moss,</u> 756 F.2d 329, 332 (4th Cir. 1985). Thus, "practices which do not aid the grand jury in its quest for information bearing on the decision to indict are forbidden. This includes use of the grand jury by the prosecutor to harass witnesses or as a means of civil or criminal discovery." <u>United States v. (Under Seal)</u>, 714 F.2d 347 (4th Cir. 1983).

Critically for the case at bar, "once a criminal defendant has been indicted, the Government is barred from employing the grand jury for the 'sole or dominant

purpose' of developing additional evidence against the defendant." <u>United States v.</u>
<u>Bros. Constr. Co. of Ohio</u>, 219 F.3d 300 (4th Cir. 2000). The government may not
"use the grand jury to improve its case in an already pending trial by preserving
witness statements, locking in a witness's testimony, pressuring potential trial
witnesses to testify favorably, or otherwise employing the grand jury for pretrial
discovery." <u>United States v. Alvarado</u>, 840 F.3d 184 (4th Cir. 2016). See also
<u>United States v. Moss</u>, *supra,* ("it is the universal rule that prosecutors cannot
utilize the grand jury solely or even primarily for the purpose of gathering evidence
in pending litigation").

Here, Ms. Manning was subpoenaed only after an indictment was obtained.
Additionally, counsel was informed explicitly that the government wishes to
inquire into alleged inconsistencies between statements Ms. Manning made to an
informant in 2009, and statements made at her court martial in 2013, and further
that they were interested in inquiring into Ms. Manning's activities during a certain
time period, prior to her 2010 disclosures. These are matters of interest which
could be inquired into, should, as expected, Ms. Manning be called at trial as a
witness, by either the prosecution or the defense. The government seeks to use the
power of a grand jury subpoena to prepare for a trial witness.

Because she has already given exhaustive testimony at her court martial, and given that the government has access to thousands of pages of military forensic reports, it is entirely possible that efforts at repeated questioning are intended to "coax [her] into the commission of perjury or contempt, [and] such conduct would be an abuse of the grand jury process." Bursey v. United States, 466 F.2d 1059, 1080 n.10 (9th Cir. 1972); United States v. Caputo, 633 F.Supp 1479 (E.D. Pa. 1986); United States v. Simone, 627 F. Supp. 1264 (D.N.J. 1986). See also Gershman, The "Perjury Trap" 192 U. Pa. L. Rev. 624 (1981). The government's expressed interest in inquiring after impeachment and cross-examination material, in conjunction with the post-indictment subpoena, is inconsistent with the proper investigative purpose of a grand jury.

The foregoing evidence of grand jury misuse is sufficient to require the government to meet its burden of showing grand jury regularity. In demonstrating the regularity of this subpoena, the Court might be satisfied by an affidavit or even an *in camera* recitation of the specific reasons for calling this witness and for asking the particular questions. But there *is* a minimal expectation that the government will satisfy the Court that the sole and dominant purpose of the

subpoena is not improper, and that the witness in fact is able to add something of value to the grand jury's investigation.

In certain instances, the government may represent that a grand jury investigation is "ongoing such that additional counts or additional defendants may be added." But here, the government *ought not* make any such representation, since under the Rule of Speciality, the commencement of extradition proceedings in Great Britain forecloses the addition of further charges to the indictment. ARTICLE XII, Treaty, Protocol of Signature & Exch. of Notes Signed at London June 8, 1972;, T.I.A.S. No. 8468 (Jan. 21, 1977)

## CONCLUSION

The purpose in calling Ms. Manning before the grand jury is not to discover further and more helpful information, but to prepare a witness for trial in ways not contemplated or permitted by the grand jury process. The subpoena must be quashed.[1]

Respectfully Submitted,
By Counsel

---

[1] The Court may wish to consider holding this motion in abeyance while the government responds to, and the Court considers Ms. Manning's motion pursuant to 28 U.S.C. §3504 filed concomitantly with this motion.

Dated: May 14, 2019

/s/ Moira Meltzer-Cohen
MOIRA MELTZER-COHEN
(pro hac vice pending)
277 Broadway, Suite 1501
New York, NY 10007
347-248-6771
mo_at_law@protonmail.com

/s/ Sandra Freeman
SANDRA C. FREEMAN (VSB# 78499)
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
720-593-9004
sandra.c.freeman@protonmail.com

/s/ Chris Leibig
CHRISTOPHER LEIBIG (VSB#40594)
114 N. Alfred Street
Alexandria, Virginia 22314
703-683-4310
chris@chrisleibiglaw.com

/s/ Vincent J. Ward
VINCENT J. WARD
(pro hac vice pending)
Freedman Boyd Hollander Goldberg Urias
& Ward,
P.A
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
505-842-9960
vjw@fbdlaw.com

# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

MAR − 6 2018

CLERK, U S DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) (UNDER SEAL) |
| | ) |
| v. | ) Criminal No. 1:18cr _/ / /_ |
| | ) |
| JULIAN PAUL ASSANGE, | ) Count 1:  Conspiracy to Commit |
| | ) Computer Intrusion (18 U.S.C. §§ 371, |
| Defendant. | ) 1030(a)(1), 1030(a)(2), |
| | ) 1030(c)(2)(B)(ii)) |

March 2018 Term – at Alexandria, Virginia

INDICTMENT

THE GRAND JURY CHARGES THAT:

GENERAL ALLEGATIONS

At times material to this Indictment:

1.    Chelsea Manning, formerly known as Bradley Manning, was an intelligence analyst in the United States Army, who was deployed to Forward Operating Base Hammer in Iraq.

2.    Manning held a "Top Secret" security clearance, and signed a classified information nondisclosure agreement, acknowledging that the unauthorized disclosure or retention or negligent handling of classified information could cause irreparable injury to the United States or be used to the advantage of a foreign nation.

3.    Executive Order No. 13526 and its predecessor orders define the classification levels assigned to classified information.  Under the Executive Order, information may be classified as "Secret" if its unauthorized disclosure reasonably could be expected to cause serious

damage to the national security. Further, under the Executive Order, classified information can generally only be disclosed to those persons who have been granted an appropriate level of United States government security clearance and possess a need to know the classified information in connection to their official duties.

4. Julian Paul Assange was the founder and leader of the WikiLeaks website. The WikiLeaks website publicly solicited submissions of classified, censored, and other restricted information.

5. Assange, who did not possess a security clearance or need to know, was not authorized to receive classified information of the United States.

6. Between in or around January 2010 and May 2010, Manning downloaded four, nearly complete databases from departments and agencies of the United States. These databases contained approximately 90,000 Afghanistan war-related significant activity reports, 400,000 Iraq war-related significant activities reports, 800 Guantanamo Bay detainee assessment briefs, and 250,000 U.S. Department of State cables. Many of these records were classified pursuant to Executive Order No. 13526 or its predecessor orders. Manning provided the records to agents of WikiLeaks so that WikiLeaks could publicly disclose them on its website. WikiLeaks publicly released the vast majority of the classified records on its website in 2010 and 2011.

7. On or about March 8, 2010, Assange agreed to assist Manning in cracking a password stored on United States Department of Defense computers connected to the Secret Internet Protocol Network, a United States government network used for classified documents and communications, as designated according to Executive Order No. 13526 or its predecessor orders.

8. Manning, who had access to the computers in connection with her duties as an intelligence analyst, was also using the computers to download classified records to transmit to

2

WikiLeaks. Army regulations prohibited Manning from attempting to bypass or circumvent security mechanisms on Government-provided information systems and from sharing personal accounts and authenticators, such as passwords.

9. The portion of the password Manning gave to Assange to crack was stored as a "hash value" in a computer file that was accessible only by users with administrative-level privileges. Manning did not have administrative-level privileges, and used special software, namely a Linux operating system, to access the computer file and obtain the portion of the password provided to Assange.

10. Cracking the password would have allowed Manning to log onto the computers under a username that did not belong to her. Such a measure would have made it more difficult for investigators to identify Manning as the source of disclosures of classified information.

11. Prior to the formation of the password-cracking agreement, Manning had already provided WikiLeaks with hundreds of thousands of classified records that she downloaded from departments and agencies of the United States, including the Afghanistan war-related significant activity reports and Iraq war-related significant activities reports.

12. At the time he entered into this agreement, Assange knew that Manning was providing WikiLeaks with classified records containing national defense information of the United States. Assange was knowingly receiving such classified records from Manning for the purpose of publicly disclosing them on the WikiLeaks website.

13. For example, on March 7, 2010, Manning and Assange discussed the value of the Guantanamo Bay detainee assessment briefs, and on March 8, 2010, before entering the password cracking-agreement, Manning told Assange that she was "throwing everything [she had] on JTF GTMO at [Assange] now." Manning also said "after this upload, that's all I really have got left."

3

To which Assange replied, "curious eyes never run dry in my experience." Following this, between March 28, 2010, and April 9, 2010, Manning used a United States Department of Defense computer to download the U.S. Department of State cables that WikiLeaks later released publicly.

## COUNT ONE

14.     The general allegations set forth in paragraphs 1 through 13 are re-alleged and incorporated into this Count as though fully set forth herein.

15.     Beginning on or about March 2, 2010, and continuing thereafter until on or about March 10, 2010, the exact date being unknown to the Grand Jury, both dates being approximate and inclusive, in an offense begun and committed outside of the jurisdiction of any particular State or district of the United States, the defendant, JULIAN PAUL ASSANGE, who will be first brought to the Eastern District of Virginia, did knowingly and intentionally combine, conspire, confederate and agree with other co-conspirators known and unknown to the Grand Jury to commit an offense against the United States, to wit:

(A)     to knowingly access a computer, without authorization and exceeding authorized access, to obtain information that has been determined by the United States Government pursuant to an Executive order and statute to require protection against unauthorized disclosure for reasons of national defense and foreign relations, namely, documents relating to the national defense classified up to the "Secret" level, with reason to believe that such information so obtained could be used to the injury of the United States and the advantage of any foreign nation, and to willfully communicate, deliver, transmit, and cause to be communicated, delivered, or transmitted the same, to any person not entitled to receive it, and willfully retain the same and fail to deliver it to the officer or employee entitled to receive it; and

4

(B)     to intentionally access a computer, without authorization and exceeding authorized

access, to obtain information from a department and agency of the United States in

furtherance of a criminal act in violation of the laws of the United States, that is, a

violation of Title 18, United States Code, Sections 641, 793(c), and 793(e).

(In violation of Title 18, United States Code, Sections 371, 1030(a)(1), 1030(a)(2),
1030(c)(2)(B)(ii).)

## PURPOSE AND OBJECT OF THE CONSPIRACY

16.     The primary purpose of the conspiracy was to facilitate Manning's acquisition and

transmission of classified information related to the national defense of the United States so that

WikiLeaks could publicly disseminate the information on its website.

## MANNERS AND MEANS OF THE CONSPIRACY

17.     Assange and his co-conspirators used the following ways, manners and means,

among others, to carry out this purpose:

18.     It was part of the conspiracy that Assange and Manning used the "Jabber" online

chat service to collaborate on the acquisition and dissemination of the classified records, and to

enter into the agreement to crack the password stored on United States Department of Defense

computers connected to the Secret Internet Protocol Network.

19.     It was part of the conspiracy that Assange and Manning took measures to conceal

Manning as the source of the disclosure of classified records to WikiLeaks, including by removing

usernames from the disclosed information and deleting chat logs between Assange and Manning.

20.     It was part of the conspiracy that Assange encouraged Manning to provide

information and records from departments and agencies of the United States.

5

21.   It was part of the conspiracy that Assange and Manning used a special folder on a cloud drop box of WikiLeaks to transmit classified records containing information related to the national defense of the United States.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

22.   In order to further the goals and purposes of the conspiracy, Assange and his co-conspirators committed overt acts, including, but not limited to, the following:

23.   On or about March 2, 2010, Manning copied a Linux operating system to a CD, to allow Manning to access a United States Department of Defense computer file that was accessible only to users with administrative-level privileges.

24.   On or about March 8, 2010, Manning provided Assange with part of a password stored on United States Department of Defense computers connected to the Secret Internet Protocol Network.

25.   On or about March 10, 2010, Assange requested more information from Manning related to the password. Assange indicated that he had been trying to crack the password by stating that he had "no luck so far."

A TRUE BILL

_3/6/18_
DATE

FOREPERSON

Tracy Doherty-McCormick
Acting United States Attorney

By:. _Kellen Dwyer_
Kellen S. Dwyer

Thomas W. Traxler
Assistant United States Attorneys

6

No. _____ 1:18CR_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

THE UNITED STATES OF AMERICA

vs.

JULIAN PAUL ASSANGE

## INDICTMENT

In violation of Title 18 U.S.C. §§ 371, 1030(a)(1), 1030(a)(2), 1030(c)(2)(B)(iii)   Conspiracy to Commit Computer Intrusion

*A true bill.*

_____
*Foreman*

*Filed in open court this* ___ *6th day of* ___ *March* ___ *A.D.* ___ *2018*

_____
*Clerk*

Bail, $ _____

# ATTACHMENT B

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 17-MJ-611 |
| JULIAN PAUL ASSANGE, | **Filed Under Seal** |
| Defendant. | |

DEC 2 1 2017

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

1.      I, Megan Brown, make this affidavit in support of a criminal complaint charging

the defendant, Julian P. Assange, with violating 18 U.S.C. §371 by conspiring to (1) access a

computer, without authorization and exceeding authorized access, to obtain classified national

defense information in violation of 18 U.S.C. § 1030(a)(1); and (2) access a computer, without

authorization and exceeding authorized access, to obtain information from a department or

agency of the United States in furtherance of a criminal act in violation of 18 U.S.C. §

1030(a)(2), (c)(2)(B)(ii).

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have

been so employed since February 2011.  Since joining the FBI, I have investigated violations of

federal law involving counterterrorism and counterintelligence matters, and I have gained

experience through training and everyday work related to conducting these types of

investigations.  Since February 2017, I have been assigned to a Counterespionage squad at the

Washington Field Office in Washington, D.C.  In this capacity, I investigate matters involving

allegations of espionage, as well as the unauthorized disclosure of classified information, and

related crimes.  As a Special Agent with the FBI, I have received classroom and on-the-job

1

training in general law enforcement and also in such specialized areas as counterintelligence, counterterrorism, and investigation of espionage-related crimes. I have participated in federal, multi-jurisdictional, and international investigations involving national security matters, conducted physical and electronic surveillance, executed search warrants, and debriefed witnesses and participants to unlawful activity related to these matters. Through my investigations, I have gained knowledge in the use of various investigative techniques including the utilization of Rule 41 search warrants, subpoenas, national security letters, physical and electronic surveillance, trash covers, and other sophisticated investigative techniques. As a federal agent, I am authorized to investigate violations of the laws of the United States. I have investigated criminal violations relating to espionage and the unauthorized disclosure of classified information, including violations related to the illegal possession, distribution, and/or receipt of classified information, and related crimes, in violation of 18 U.S.C. §§ 793, 794, 1030, and 1924. I also am authorized to execute warrants issued under the authority of the United States, and I have participated in arrest warrants and search warrants in my capacity as an FBI Special Agent.

3.      The facts in this Affidavit are based on my personal observations, information obtained from other agents and witnesses, my training and experience, and my review of records, reports, articles, and websites. Unless otherwise noted, information provided to me by other law enforcement personnel does not necessarily reflect my personal observations or investigation, but rather has been passed to me by individuals with first-hand knowledge. This Affidavit does not set forth all of my knowledge about this matter, but is intended merely to establish probable cause for the criminal complaint.

2

4.     As shown below, the conspirators took elaborate measures to conceal their

communications, mask their identities, and destroy any trace of their conduct, using, for

example, encryption and anonymization techniques, and erasing and wiping data.  For this

reason, the facts are derived in large part from forensic analysis of available computer data,

remnants, or unalterable systems.

### SUMMARY OF PROBABLE CAUSE

5.     These charges relate to one of the largest compromises of classified information

in the history of the United States.  Between in or around January 2010 and May 2010, Chelsea

Manning,[1] an intelligence analyst in the U.S. Army, downloaded four, nearly complete and

largely classified databases with approximately 90,000 Afghanistan war-related significant

activity reports, 400,000 Iraq war-related significant activity reports, 800 Guantanamo Bay

detainee assessments, and 250,000 U.S. State Department cables.  Manning provided these

records to WikiLeaks, a website founded and led by the defendant, Julian P. Assange.  On its

website, WikiLeaks expressly solicited classified information for public dissemination.

WikiLeaks publicly released the vast majority of the classified records on its website in 2010 and

2011.  Manning has since been tried and convicted by court-martial for her illegal acts in

transmitting the information to WikiLeaks.

6.     The charges in this criminal complaint focus on a specific illegal agreement that

Assange and Manning reached in furtherance of Manning's illegal disclosure of classified

information.  As explained below, investigators have recovered Internet "chats" between

---

[1] Manning used the name "Bradley E. Manning" at the time of the events at issue in this
Affidavit.  According to a statement from Manning's attorney published on or around August 22,
2013, Manning has identified as a female since childhood and was changing her name to
"Chelsea Manning."  As a result, I refer to Manning using her current name and the female
gender.

Assange and Manning from March 2010. The chats reflect that on March 8, 2010, Assange

agreed to assist Manning in cracking a password stored on United States Department of Defense

(DoD) computers connected to the classified Secret Internet Protocol Router Network

(SIPRNet). Manning, who had access to the computers in connection with her duties as an

intelligence analyst, was using the computers to download classified records to transmit to

WikiLeaks.

7.      Cracking the password would have allowed Manning to log onto the computers

under a username that did not belong to her. Such a deceptive measure would have made it more

difficult for investigators to determine the source of the illegal disclosures. While it remains

unknown whether Manning and Assange were successful in cracking the password, a follow-up

message from Assange to Manning on March 10, 2010, reflects that Assange was actively trying

to crack the password pursuant to their agreement.

8.      Circumstantial evidence reflects that Assange and Manning intended to crack the

password to facilitate Manning's illegal disclosure of classified information. At the time they

formed their illegal password-cracking agreement, Manning had already provided WikiLeaks

with hundreds of thousands of classified records relating to, among other things, the wars in

Afghanistan and Iraq. In the recovered chats surrounding the illegal agreement, Manning and

Assange engaged in real-time discussions regarding Manning's transmission of classified records

to Assange. The chats also reflect the two collaborating on the public release of the information

and Assange actively encouraging Manning to provide more information.   The chats, moreover,

reflect that Manning actively took steps to try to conceal herself as the source of the leaks. Thus,

the context of the agreement demonstrates that Assange and Manning intended to crack the

4

password to facilitate Manning's disclosure of classified information of the United States.

## I.   BACKGROUND OF CO-CONSPIRATORS

### A. Defendant Julian P. Assange and WikiLeaks

9.   Assange, a citizen of Australia, created the website WikiLeaks.org in 2006 to release on the Internet otherwise unavailable documents. WikiLeaks' website solicited submissions of classified, censored, or otherwise restricted information.[2]

10.   Although associates and volunteers worked for WikiLeaks in various capacities, WikiLeaks was closely identified with Assange himself. As reported in an article published in *Wired* magazine in or around September 2010, Assange stated, "I am the heart and soul of this organization, its founder, philosopher, spokesperson, original coder, organizer, financier, and all the rest." As stated by Assange in a January 2010 interview during the 26th Chaos Communication Congress, WikiLeaks had a full-time staff of five and 800 "occasional helpers." Assange has also stated that he made the final decision as to whether a particular document submitted to WikiLeaks was legitimate.

11.   Assange, who has never possessed a security clearance or need to know, was prohibited from receiving classified information of the United States.

### B. Co-Conspirator Chelsea Manning

12.   Manning, a United States citizen, enlisted in the U.S. Army in October 2007 and subsequently attended the U.S. Army Intelligence Analyst Course at Fort Huachuca, Arizona.

13.   On April 7, 2008, Manning signed a Classified Information Nondisclosure Agreement. In doing so, Manning acknowledged being advised that unauthorized disclosure or

---

[2] At some point between September and December 2010, WikiLeaks deleted the word "classified" from a description of the kinds of material it accepted.

retention or negligent handling of classified information could cause damage or irreparable

injury to the United States or could be used to advantage by a foreign nation.

14.     On January 22, 2009, Manning was granted a U.S. government security clearance

at the "Top Secret" level and signed a Sensitive Compartmented Information (SCI)

Nondisclosure Statement.  In so doing, Manning acknowledged that she would be granted access

to SCI material, which involves or derives from intelligence sources or methods and is classified

or in the process of being classified.  She further acknowledged being advised that her

unauthorized disclosure or retention or negligent handling of SCI could cause irreparable injury

to the United States or be used to advantage by a foreign nation, and could constitute a federal

crime.

15.     Executive Order No. 13526 and its predecessor orders define the classification

levels assigned to national security and national defense information.  Under Executive Order

No. 13526, information may be classified as "Confidential" if its unauthorized disclosure

reasonably could be expected to cause damage to the national security; "Secret" if its

unauthorized disclosure reasonably could be expected to cause serious damage to the national

security; and "Top Secret" if its unauthorized disclosure reasonably could be expected to cause

exceptionally grave damage to the national security.

C. Manning's Access To Classified Information And Computer Networks In Iraq

16.     On or about October 12, 2009, Manning was deployed as a Military Occupational

Specialty ("MOS") 35F – Intelligence Analyst, to Forward Operating Base ("FOB") Hammer in

Iraq.

17.     Manning worked as an intelligence analyst in Iraq from October 2009 to May

2010. During that time, she had access to classified national defense information through

various U.S. Army and DoD computer network systems, including SIPRNet—a network used for classified documents and communications at the Confidential and Secret levels, as designated according to Executive Order No. 13526.

18.     Manning had access to multiple classified databases and websites on SIPRNet, including the following: (1) the Combined Information Data Network Exchange ("CIDNE"), a set of DoD databases containing classified reports regarding the Afghanistan and Iraq wars, many of which contained raw intelligence information such as source names and locations; (2) a U.S. Central Command ("CENTCOM") website, which included reports of investigations of civilian deaths caused by U.S. forces; (3) an Intellipedia website named "JTF-GTMO Detainee Assessments," which included documents regarding detainees at the U.S. Naval Base in Guantanamo Bay, Cuba; (4) Net Centric Diplomacy ("NCD"), a Department of State database containing classified diplomatic cables; and (5) an Intelink-S search engine, which was a web portal that provided U.S. intelligence agencies with a single point of service to search for information across various classified websites on the SIPR network.

19.     At FOB Hammer, Manning worked in a Sensitive Compartmented Information Facility ("SCIF"). Under Executive Order No. 13526, Section 4.1, and Army regulations, Manning was prohibited from removing classified information from the SCIF in which she worked, from storing the information in her residential quarters, and from loading the information onto a personal computer. Further, the act of removing classified media from a SCIF and hand carrying that information was permitted only when approved by the appropriate official.

20.     In the SCIF, Manning had access to several SIPRNet computers, two of which she principally used at different times. In this affidavit, I refer to these two computers as "IP1" and

7

"IP2."

21.     Manning's use of the computers was also governed by the AR-25-2. The AR-25-2 is an Army regulation that establishes the standards, processes, and procedures for information assurance practices in the United States Army. It applies to everyone within the Army.

22.     In March 2010, the AR-25-2 prohibited certain "activities . . . by any authorized user on a Government provided [information system] or connection." These prohibited activities included "[a]ttempt[ing] to . . . circumvent, or bypass network [information systems] security mechanisms." The AR-25-2 also prohibited "[s]haring personal accounts and authenticators (passwords or PINs)."

## II.    MANNING'S EARLY DISCLOSURES TO WIKILEAKS

23.     According to Manning, she began helping WikiLeaks soon after WikiLeaks publicly released messages from the September 11, 2001 terrorist attacks on November 25, 2009.

24.     As the examples in the following two sections demonstrate, Manning transmitted a large amount of classified information to WikiLeaks prior to March 2010, which was when she formed the agreement with Assange that is the subject of this complaint.

### A.  Classified Significant Activity Reports Relating To Iraq And Afghanistan Wars

25.     During her court-martial proceedings, Manning has admitted that, prior to March 2010, she provided WikiLeaks with classified significant activity reports from the Iraq and Afghanistan wars ("Iraq War Reports" and "Afghanistan War Reports," respectively).

26.     According to Manning, she downloaded the Iraq War Reports and Afghanistan War Reports from the relevant CIDNE databases in late December 2009 and early January 2010, and initially saved the records on a CD-RW that she kept in her SCIF. Manning admitted that she later took the CD-RW out of the SCIF and copied the data from the CD-RW onto her

8

personal laptop. Manning stated that she transferred the data from her laptop to a Secure Digital

("SD") memory card, which she took with her when she went on leave later in January 2010.

     27.     Investigators later recovered the SD card that Manning used to transport the Iraq

War Reports and Afghanistan War Reports. Forensic analysis of the SD card revealed that it

contained the CIDNE databases for Iraq (391,883 records) and Afghanistan (91,911 records).

The SD card also contained a README.txt file, which contained the following message:

> Items of Historical Significance for Two Wars: Iraq and
> Afghanistan Significant Activities (SIGACTs) between 0000 on 01
> JAN 2004 and 2359 on 31 DEC 2009 (Iraq local time, and
> Afghanistan local time) CSV extracts are from the Department of
> Defense (DoD) Combined Information and Data Exchange
> (CIDNE) Database. It's already been sanitized of any source
> identifying information. You might need to sit on this information,
> perhaps 90-180 days, to figure out how best to release such a large
> amount of data, and to protect source. This is possibly one of the
> more significant documents of our time, removing the fog of war,
> and revealing the true nature of 21st century asymmetric warfare.
> Have a good day.

     28.     According to Manning, she uploaded the Iraq War Reports, Afghanistan War

Reports, and README.txt file to the WikiLeaks website on or around February 3, 2010.

     29.     WikiLeaks publicly released the Iraq War Reports and Afghanistan War Reports

on its website later in 2010. In July 2010, WikiLeaks released approximately 76,000 of the

Afghanistan War Reports. Then, in October 2010, WikiLeaks released approximately 391,832

Iraq War Reports.

     30.     Manning and WikiLeaks had reason to believe that public disclosure of the

Afghanistan War Reports and Iraq War Reports would cause injury to the United States.

Documents included in the Afghanistan War Reports contained information the disclosure of

which potentially endangered U.S. troops and Afghan civilians, and aided enemies of the United

States. Numerous Secret reports, for example, related to the identity and significance of local

supporters of United States and Coalition forces in Iraq and Afghanistan.

31.    In fact, according to a July 30, 2010 New York Times article entitled "Taliban Study WikiLeaks to Hunt Informants," after the release of the Afghanistan War Reports, a member of the Taliban contacted the New York Times and stated, "We are studying the report. We knew about the spies and people who collaborate with U.S. forces. We will investigate through our own secret service whether the people mentioned are really spies working for the U.S. If they are U.S. spies, then we will know how to punish them."

32.    Moreover, on May 2, 2011, United States government officials raided the compound of Usama bin Laden in Abbottabad, Pakistan. During the raid, they collected a number of items of digital media, which included, among other things, (1) a letter from bin Laden to another member of the terrorist organization al-Qaeda in which bin Laden requested that the member gather the DoD material posted to WikiLeaks, and (2) a letter from that member of al-Qaeda to Bin Laden with information from the Afghanistan War Reports released by WikiLeaks.

33.    In addition, some of the Afghanistan War Reports included detailed reports of improvised explosive device ("IED") attacks on United States and Coalition forces in Afghanistan. The enemy could use these reports to plan future IED attacks because they described IED techniques, devices, and explosives, and revealed the countermeasures used by United States and Coalition forces against IED attacks and potential limitations to those countermeasures.

34.    I have reviewed a number of the Afghanistan War Reports and Iraq War Reports that WikiLeaks released. The reports that I reviewed contained classification markings reflecting that they were classified as "SECRET." This suggests that the versions of the Afghanistan War

Reports and Iraq War Reports that Manning transmitted to WikiLeaks clearly reflected that they were classified.

### B. Classified Iceland Documents

35.    As a further example, Manning also provided WikiLeaks with a number of classified documents relating to Iceland prior to March 2010.

36.    According to Manning, she accessed the NCD portal on February 14, 2010, and found a cable entitled "10 Reykjavik 13," which addressed an Icelandic issue known as "Icesave." Manning admitted that she burned the information onto a CD-RW on February 15, 2010, took it to her personal housing unit, saved the document to her personal laptop, and then uploaded it to WikiLeaks.

37.    WikiLeaks released this "Icesave" cable on its website on or around February 18, 2010. I have reviewed the document that WikiLeaks released on its website. It contained clear markings reflecting it was classified as "Confidential." That suggests that the version of the Icesave cable that Manning transmitted to WikiLeaks clearly reflected that it was classified.

38.    In addition, on February 14, 2010, Manning, using IP1 identified to her, viewed the Intellipedia website for Iceland. From this website, Manning clicked on links to, and viewed, three files entitled "Sigurdardottir.pdf," "Skarphedinsson.pdf," and "Jonsson.pdf." A forensic examination of Manning's personal laptop computer showed that a storage device was inserted into her machine. The volume name of the CD—"100215_0621"—indicated that the CD was burned on February 15, 2010, at 6:21 a.m. The file names "Jonsson.pdf," "Sigurdardottir.pdf," and "Skarphedinsson.pdf" were burned to the CD.

39.    On March 29, 2010, WikiLeaks posted on its website classified U.S. State Department biographies of three Icelandic officials: Icelandic Prime Minister Johanna

11

Sigurdardottir; Icelandic Minister of Foreign Affairs and External Trade Ossur Skarphedinsson;

and Icelandic Ambassador to the United States Albert Jonsson. I have reviewed the three

biographies released by WikiLeaks. They contained clear markings indicating that they were

classified as "Confidential."

40.     Thus, as the examples in these two sections demonstrate, Manning provided

hundreds of thousands of classified documents to WikiLeaks prior to March 2010. WikiLeaks

received and published the classified documents, despite their clear markings indicating that they

were classified.

**III.     MANNING'S CHATS WITH ASSANGE**

41.     A person assigned a name with initials "NF" held a series of online chat

conversations with Manning in which the pair discussed providing classified documents to

WikiLeaks and the protection of Manning's identity as a source of the documents. According to

the dates on the chats, they occurred between March 5, 2010, and March 18, 2010. During the

chat conversations, Manning used the alias "Nobody" and the account

"dawgnetwork@jabber.ccc.de," while NF used the account "pressassociation@jabber.ccc.de."

42.     Those chats took place on the "Jabber" chat server. Jabber is used for real-time

instant messaging. Manning and NF used a Jabber chat service hosted on jabber.ccc.de. "CCC"

is a commonly used acronym for the Berlin-based Chaos Computer Club, which according to

accounts on the Internet, Assange had frequented.

43.     At her court-martial proceedings, Manning stated that she "engaged in

conversation often" with NF, "sometimes as long as an hour or more." Forensic analysis showed

that Manning deleted or removed the NF chat logs from her laptop. Nevertheless, investigators

have been able to recover several portions of the chats between Manning and NF from

Manning's personal computer.

44.     A complete copy of the recovered chats between Manning and NF is attached to this Affidavit as Attachment A.

**A. Assange Was "NF"**

45.     At her court-martial proceeding, Manning claimed that she believed the individual with whom she was chatting "was likely Mr. Julian Assange, Mr. Daniel Schmidt, or a proxy representative of Mr. Assange and Schmidt."

46.     As summarized below, however, the evidence demonstrates that Assange was the "NF" who communicated with Manning in the March 2010 chats.

47.     Specific information provided by NF in the March 2010 chats indicates that NF was Assange. For example, when chatting with Manning on March 5, 2010, NF confided that he liked debates, and that he "[j]ust finished one on the IMMI, and crushed some wretch from the journalists union." NF told Manning that the debate was "[v]ery satisfying," and that "the husband of the wretch" had exposed a source, an IT consultant who had given NF "10Gb of banking documents."

48.     "IMMI" refers to the Icelandic Modern Media Initiative, a legislative proposal of considerable public interest in Iceland at the time. According to accounts available on the Internet, on March 5, 2010, before NF's chat with Manning about a debate, the University of Iceland presented a panel that discussed media topics, including the IMMI. Assange was a member of that panel, as was the female deputy president of the Icelandic journalists association.

49.     Moreover, the NF in the March 2010 chats with Manning appeared to have extensive knowledge of WikiLeaks' day-to-day operations, including knowledge of submissions of information to the organization, as well as of financial matters. During the chats, on March 8,

2010, and March 16, 2010, Manning asked NF about the financial state of WikiLeaks. On both occasions, NF responded by identifying financial difficulties that WikiLeaks had to overcome, such as losing its credit card vendor. NF also stated that WikiLeaks had raised half a million of an unspecified currency. NF thus demonstrated intimate familiarity with WikiLeaks' financial affairs and circumstances, which Assange would have.

50.     Further, the NF in the chats with Manning mentioned that he planned to attend a conference on investigative journalism in Norway in late March 2010. On March 17, 2010, NF told Manning that NF would "be doing an investigative journo conf in norway this week end, so may be out of contact most of the time." In fact, on March 18, 2010, according to an article on the Internet authored by Assange, Assange traveled from Iceland eventually to Oslo, Norway, where he attended and spoke at a March 20 conference held by SKUP, an investigative-journalism organization. According to accounts on the Internet, Assange's name appeared on a list of individuals scheduled to attend the conference, and Assange was identified as a "lecturer." A review of the other names on the list revealed no other persons known to be associated with WikiLeaks, and no one named NF. Further, SKUP's website had a photo of Assange speaking at the conference.

51.     In addition, NF repeatedly discussed with Manning details about a video being prepared for release, which NF referred to as "Project B." As reported in the *New Yorker* on June 7, 2010, "Project B" was the code name Assange and WikiLeaks used for the video about the 2007 Apache helicopter attack, later released under the name "Collateral Murder."

52.     Also, on June 27, 2011, the FBI interviewed U.S. Person No. 1 (US1), who met Assange in December 2009 in Berlin, Germany. According to US1, Assange and US1 exchanged email addresses at this time and began communicating via email. Eventually,

14

Assange and US1 began using the Jabber instant messaging service to communicate. According to US1, Assange used the Jabber account pressassociation@jabber.ccc.de to communicate with US1 via Jabber. Assange used pressassociation@jabber.ccc.de until the summer of 2010 to communicate with US1. As noted, pressassociation@jabber.ccc.de was the Jabber account used by NF in the chats with Manning.

53.     The evidence further reflects that Manning believed NF was Assange. In chats with U.S. Person No. 2 (US2) on May 23, 2010, Manning stated that Assange "*might*" have used the "ccc.de jabber server," the same server used in the chats between NF and Manning. And on May 22, 2010, Manning told US2 that she had communicated with Assange when explaining that she was a source for WikiLeaks. Manning stated, "im a high profile source... and i've developed a relationship with assange... but i don't know much more than what he tells me, which is very little. it took me four months to confirm that the person i was communicating was in fact assange."

54.     Furthermore, a forensic examination of Manning's personal computer seized on May 28, 2010, revealed that pressassociation@jabber.ccc.de was associated with Assange in Manning's "Buddy List" configuration file (blist.xml), and that deleted versions of Manning's blist.xml file identified pressassociation@jabber.ccc.de as an alias for NF. The file had a creation date and last written date of May 28, 2010.

55.     Based on this evidence, I have concluded that Manning's partner in the chats, assigned the username "NF," was in fact Assange. Accordingly, in the following discussion of the March 2010 chats, I identify Assange as the person with whom Manning communicated.

### B. Nature of the Assange-Manning Chats

56.     As the below examples illustrate, the recovered chats between Manning and

15

Assange reflect that the two collaborated on Manning's disclosure of classified information to WikiLeaks for WikiLeaks to disseminate publicly.

### 1. JTF-GTMO Documents

57.    At her court-martial proceeding, Manning admitted that she provided WikiLeaks with Joint Task Force Guantanamo ("JTF-GTMO") Detainee Assessment Briefs ("DABs") in early March 2010.

58.    In fact, Attachment A reflects discussions between Manning and Assange about the value of these documents and Manning's transmission of them to Assange.

59.    On March 7, 2010, Manning asked Assange, "how valuable are JTF GTMO detention memos containing summaries, background info, capture info, etc?" Assange replied, "time period?" Manning answered, "2002-2008." Assange responded, "quite valuable to the lawyers of these guys who are trying to get them out, where those memos suggest their innocence/bad procedure...also valuable to merge into the general history.  politically gitmo is mostly over though."

60.    Manning has admitted that "[a]fter this discussion, [she] decided to download the DABs."

61.    On March 8, 2010, Manning told Assange, "im sending one last archive of interesting stuff... should be in the x folder at some point in the next 24 hours." Assange replied, "ok. great!" Manning added, "you'll need to figure out what to do with it all..."

62.    Later that day, Manning wrote to Assange, "anyway, im throwing everything i got on JTF GTMO at you now... should take awhile to get up tho...summary/history/health conditions/reasons for retaining or transfer of nearly every detainee (about 95%)." Assange replied, "ok, great! what period does it cover for each internment?" Manning replied "2002-

2009..." Assange inquired if the information included "initial medical evaluation to exit evaluation?"

63.     Also on March 8, 2010, Manning updated Assange about the ongoing upload, stating that the "upload is at about 36%." Assange asked for an "ETA," to which Manning responded "11-12 hours... guessing since its been going for 6 already." Assange asked, "how many mb?" Manning replied "about 440mb" and "a lot of scanned pdf[']s."

64.     Two days later, on March 10, 2010, Assange reported to Manning, "there[']s a username in the gitmo docs" and asked "i assume i should filter it out?" Manning stated that "any usernames should probably be filtered, period." Manning then recognized, "but at the same time, theres a gazillion of them."

65.     Later in the chat on March 10, 2010, Manning asked, "anything useful in there?" Assange replied "no time. but have someone on it." Assange then followed up that "there surely will be" and that "these sorts of things are always motivating to other sources too." Assange noted that such disclosures provided "inspiration" for other leakers because "gitmo=bad, leakers=enemy of gitmo, leakers=good."

66.     WikiLeaks ultimately released the JTF-GTMO DABs starting in April 2011. By August 2011, it had released 765 JTF-GTMO DABs.

67.     As General Robert Carr testified during Manning's court martial, the release of the DABs caused problems for the United States' efforts to move detainees out of Guantanamo Bay to other countries. According to General Carr, at the time of the release of the DABs, the Department of State was negotiating with foreign governments regarding the transfer of the detainees. The release of the classified DABs threatened to conflict with those negotiations.

68.     I have reviewed a number of the JTF-GTMO DABs that WikiLeaks released.

They contained clear markings indicating that they were classified as "SECRET."

### 2.   Assange Encourages Manning To Continue Searching For Documents

69.     The March 2010 chats also reveal that Assange provided Manning with encouragement to provide more information.

70.     On March 8, 2010, when discussing the JTF GTMO upload, Manning told Assange, "after this upload, thats all i really have got left." Assange replied, "curious eyes never run dry in my experience."

71.     In response, Manning stated, "ive already exposed quite a bit, just no-one knows yet. ill slip into darkness for a few years, let the heat die down." Manning added, "considering just how much one source has given you, i can only imagine the overl[o]ad."

72.     Earlier in the same day, Assange noted that there had been "2500 articles in .is referendum in the past 15 hours, despite it being a sunday." (The domain name for Iceland is ".is.") Manning stated, "oh yeah...osc went haywire digging into .is." (Based on the context, in using the term "osc," Manning likely was referring to the CIA's open source center.) Assange responded, "yeah? that[']s something we want to mine entirely, btw."

### 3.   Manning And Assange Discuss Concealing Source Of Documents

73.     During his chats with Manning, Assange asked whether documents sent by Manning about an arrest by Iraqi police were "releasable." Manning advised Assange that certain documents could be released, but that an original incident report could not be, and that a translation of a report was "super not releasable." Assange asked that Manning "be sure to tell me these things as soon as possible," and "better yet in the submission itself," since Assange was "not the only one to process this stuff and also will forget details if publication is delayed a long time due to the flood of other things." After Manning asked if Assange was "gonna give release

18

a shot?," Assange opined that a lack of detail in the releasable material "may be problematic." Manning suggested that WikiLeaks could refer to a hotel located near where the arrest occurred; she "figured it would make it look more like a journalist acquired it . . . if the hotel was mentioned." Manning also advised Assange that she was "all over the place . . . clearing logs," and that she was "not logging at all . . . safe . . . . i just wanted to be certain."

74.     Thus, in the quoted communications Manning and Assange discussed the form in which WikiLeaks could disclose the information about the arrest by Iraqi police, and the suppression of particular material that if released might reveal Manning's identity as the source.

75.     In addition, Manning assured Assange that by "clearing logs" she was taking the proper steps to prevent discovery, by leaving no trace on her computer of their communications.

### 4.   Assange's Knowledge That Manning Was In The U.S. Armed Forces In Iraq

76.     The March 2010 chats between Manning and Assange included military jargon and references to current events in Iraq suggesting that Assange knew Manning was an American service member in Iraq.

77.     For example, on March 6, 2010, Assange asked Manning, "it looks like a MiTT report?" MiTT is a military acronym for Military Transition Team, a team that trains local Iraqi troops.

78.     On March 18, 2010, Manning used the military term "MI" (for Military Intelligence) in a chat with Assange.  Later that day, Assange wrote to Manning, "but remember...rules are just for the grunts..." in response to a discussion about the breaking of rules by an Army Lieutenant Colonel and senior officers.  "Grunts" is military slang for enlisted military personnel in general and is often specifically used for infantrymen.

79.     Further, Manning made several references to specific events and places in Iraq

(including the Tigris River) that indicated Manning was then in Iraq.

## IV.   MANNING AND ASSANGE'S AGREEMENT TO CRACK A COMPUTER PASSWORD TO ACCESS CLASSIFIED NATIONAL SECURITY INFORMATION

80.     As described below, during their March 2010 chats, Manning and Assange reached an agreement for Assange to assist Manning in cracking a password related to two computers with access to classified national security information. I understand the following through my review of the testimony of a forensic examiner in Manning's court martial, my conversations with FBI forensic examiners, and research on the Internet.

### A.  Background On Password Hashes

81.     A computer using a Microsoft Windows operating system does not store users' passwords in plain text for security reasons. Instead, the computer stores passwords as "hash values." When a user creates a password for the relevant username, the password passes through a mathematical algorithm, which creates a "hash value" for the password. Essentially, the creation of the hash value is a form of encryption for storing the password. The hash value—not the plain text of the password—is then stored on the computer.

82.     As additional security, the computer does not store the full hash value in one location. Instead, the hash value for that username is broken into two parts. One part is stored in the Security Accounts Manager (SAM) database as the SAM registry file. The SAM file in a Windows operating system keeps usernames and parts of the hash value associated with the username. The other part of the hash is stored in the "system file." To obtain the full hash value associated with the password, one needs the parts from the SAM file *and* the system file.

83.     Finally, as further security, Windows locks the SAM file and system file. Only users with administrative level privileges can access the files.

20

84.     However, even if a user does not have administrative level privileges, the user might be able to access the system file or the SAM file by using special software, such as a Linux operating system.  A person, for example, can reboot a computer using a CD with the Linux operating system and view the contents of the SAM file or system file.

85.     The evidence suggests that Manning did just that.  Forensic analysis of Manning's personal laptop computer reflects that she burned the Linux operating system to a CD on or around March 2, 2010.  Through forensic analysis, investigators have further determined that Manning therefore could have viewed the SAM file of both IP1 and IP2—the SIPRNet computers that Manning primarily used—by rebooting them with the Linux operating system that she downloaded.

**B.  Agreement To Crack Password**

86.     On March 8, 2010, at approximately 3:55 p.m., Manning asked Assange whether he was "any good at lm hash cracking."

a.  At the time, Windows operating systems commonly used two methods for hashing and storing passwords, Lan Manager (LM) and New Technology Lan Manager (NTLM).  Referring to an LM hash or an NTLM hash is tantamount to saying, "Windows password."  Thus, in the above-described message, Manning asked Assange if he was able to crack passwords for computers running Windows operating systems.

87.     In response to Manning's question, Assange answered, "yes."  Assange then stated, "we have rainbow tables for lm."  A "rainbow table" is a tool used to crack a hash value to determine the password associated with it.

88.     After Assange claimed to have rainbow tables, Manning stated

21

"80████████████████1c."  Manning then stated, "i think its lm + lmnt."

    a.  Manning likely meant to say "lm + ntlm." The hexadecimal string of text is consistent with the format of an LM or NTLM hash.  Further, on Windows operating system version Vista or newer, LM is disabled, and only NTLM is used. Manning's remark that she "thought" that the hash was "lm + lmnt" suggests that she retrieved it from a computer running a pre-Vista version of Windows.

89.    A few minutes later, Manning further explained, "not even sure if thats the hash....i had to hexdump a SAM file, since i don't have the system file." Assange asked, "what makes you think [it's] lm?"[3]  Assange asked, "its from a SAM?"  Manning answered "yeah." Assange then stated that he "passed it onto our lm guy."

    a.  In the above-described chats Manning informed Assange that she had accessed the SAM file with a program and had identified this particular 16-byte hexadecimal value as a potential LM or NTLM password hash.

    b.  By saying she retrieved the password hash through a "hexdump," Manning likely meant that she used a software program to view the SAM file in "hexadecimal format," in which raw computer data can be viewed.

90.    Two days later, at approximately 11:30 p.m. on March 10, 2010, Assange followed up on the issue.  Assange messaged Manning and asked, "any more hints about this lm hash?" Assange stated, "no luck so far."

91.    Investigators have not recovered a response by Manning to Assange's question, and there is no other evidence as to what Assange did, if anything, with respect to the password.

---

[3] The numbers provided by Manning were part of, but not the full, hash.  Manning would have needed the part of the hash from the system file as well to obtain the full value.

The next chats that investigators were able to recover were dated March 16, 2010. Thus, there is approximately a six-day gap in the chats after Assange asked for further hints on the hash.

92.    Nevertheless, the recovered chats described above reflect an agreement between Manning and Assange to crack the hash.

### C. Password Belonged To A SIPRNet Computer

93.    Forensic investigators have determined that the hash that Assange agreed to help Manning crack came from IP1 and IP2.

94.    Using an image of Manning's SIPRNet computer hard drives, the forensic investigator booted it with the same Linux operating system that Manning burned to a CD on her personal computer.

95.    The forensic investigator then navigated to the SAM file on the computers. Using a hex editor, the investigator was able to view and obtain the precise hash value that Manning forwarded to Assange.

96.    The hash value that Manning forwarded to Assange was associated with the password for an "FTP" user on IP1 and IP2. The FTP user was not attributable to any specific person.

97.    Although there is no evidence that the password to the FTP user was obtained, had Manning done so, she would have been able to take steps to procure classified information under a username that did not belong to her. Such measures would have frustrated attempts to identify the source of the disclosures to WikiLeaks.

### V.    ASSANGE FLEES FROM JUSTICE

98.    On May 27, 2010, based on information provided by US2, Army investigators in Iraq took Manning into military custody at FOB Hammer. Manning was subsequently charged

with a variety of criminal offenses in a military court-martial related to her disclosures to
WikiLeaks, including charges alleging unlawful transmission of national defense information, in
violation of 18 U.S.C. § 793(e), theft of government information, in violation of 18 U.S.C. § 641,
and unlawful access to a government computer, in violation of 18 U.S.C. § 1030(a)(1).

99.     On July 30, 2013, Manning was convicted of most of these charges, including
unlawful gathering or transmission of national defense information, computer intrusion, and theft
of government property.  Manning was acquitted of aiding the enemy and of one count of 18
U.S.C. § 793(e).  Manning was sentenced to 35 years' imprisonment in August 2013.

100.    Meanwhile, beginning as early as November 2010 and as late as April 2017,
media outlets reported that the Department of Justice was investigating charges against
WikiLeaks or Assange in connection with the disclosures by Manning.

101.    On November 20, 2010, in connection with unrelated charges in Sweden, an
international arrest warrant was issued against Assange.  Following litigation between December
2010 and May 2012, the United Kingdom (U.K.) Supreme Court determined that Sweden's
extradition request had been lawfully made, and the U.K. had ten days to take Assange to
Sweden.  Instead of appealing to the European Court of Human Rights, in June 2012, Assange
fled to the Ecuadorian embassy in London.  Ecuador formally granted Assange diplomatic
asylum on August 16, 2012, "citing his well-founded fears of political persecution and the
possibility of the death penalty were he sent to the United States."  Specifically, Assange feared
that "if he were to be sent to USA, he might be prosecuted and perhaps be executed by a military
court in regard to his involvement in the release of stolen and leaked American documents on its
crimes in Afghanistan and Iraq." *See*
http://www.aalco.int/Ruling%20of%20UNWGAD%20on%20Julian%20Assange.pdf.

102.   Assange has made numerous comments reflecting that he took refuge in the Ecuadorian embassy to avoid extradition and charges in the United States.

103.   For example, in 2013, the WikiLeaks website posted an affidavit by Assange concerning alleged monitoring of his activities and the search and seizure of his property.  In this affidavit, Assange acknowledged that he was "granted asylum after a formal assessment by the government of Ecuador in relation to the current and future risks of persecution and cruel, inhuman and degrading treatment in the United States in response to my publishing activities and my political opinions.  I remain under the protection of the embassy of Ecuador in London for this reason."  *See* https://wikileaks.org/IMG/html/Affidavit_of_Julian_Assange.html.

104.   On May 19, 2017, in response to Sweden's decision to discontinue its investigation regarding suspected rape by Julian Assange, Assange publicly stated, "While today was an important victory and an important vindication . . . the road is far from over . . . . The war, the proper war, is just commencing.  The UK has said it will arrest me regardless.  Now the United States, CIA Director Pompeo, and the U.S. Attorney General have said that I and other WikiLeaks staff have no rights ... we have no first amendment rights...and my arrest and the arrest of our other staff is a priority. . . . The U.K. refuses to confirm or deny at this stage whether a U.S. extradition warrant is already in the U.K. territory.  So, this is a dialogue that we want to happen.  Similarly, with the United States, while there have been extremely threatening remarks made, I am always happy to engage in a dialogue with the Department of Justice about what has occurred."  https://www.bloomberg.com/news/articles/2017-05-19/swedish-prosecutors-to-drop-rape-investigation-against-assange.

## CONCLUSION

105.    The evidence summarized in this Affidavit establishes probable cause to believe

that the defendant, Julian P. Assange, committed the offense alleged in the complaint; namely,

Assange violated 18 U.S.C. § 371 by conspiring to (1) access a computer, without authorization

and exceeding authorized access, to obtain classified national defense information in violation of

18 U.S.C. § 1030(a)(1); and (2) access a computer, without authorization and exceeding

authorized access, to obtain information from a department or agency of the United States in

furtherance of a criminal act in violation of 18 U.S.C. § 1030(a)(2), (c)(2)(B)(ii).

Respectfully submitted,

Special Agent Megan Brown
Federal Bureau of Investigation

Subscribed and sworn before me this 21 day of December 2017

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

United States Magistrate Judge
Alexandria, Virginia

26

# Attachment A

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 00:56:32 | 5-6 hours for total upload? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 03:32:57 | uploaded |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 03:33:31 | no, it was like 5 minutes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 03:36:21 | ping |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 03:37:36 | ping |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 03:38:54 | anyway... should be good to go with that... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 05:39:50 | news? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 05:41:22 | ... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:07:12 | hi |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:07:49 | hiya |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:08:15 | I like debates. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:09:27 | Just finished one on the IMMI, and crushed some wretch from the journalists union. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:11:01 | vid? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:11:24 | Of this? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:11:37 | yeah |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:11:56 | Not videotaped, I think. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:12:04 | ah |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:12:24 | Very satisfying though |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:12:38 | &gt;nod&lt; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:12:44 | Source here just gave me 10Gb of banking docs. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:13:10 | lb? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:13:11 | He leaked some before, was exposed by the husband of the wretch. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:13:27 | cross-bank, was an it consultant. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:13:39 | got arrested two weeks ago |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:13:50 | Had is bank accounts frozen. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:14:02 | and has been offered 15 million kroner to shut up |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:14:09 | /is/his |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:14:26 | mmm |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:15:04 | needed to offload them so they&apos;d stop going after him |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:17:31 | &gt;yawn&lt; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 21:19:26 | tired? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-05 21:20:54 | waking up =) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 22:53:22 | ping |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-05 23:41:17 | ping |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 00:31:55 | here |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 00:32:52 | pong |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 00:39:19 | ...and zero reply status =P |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:40:54 | ping |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:41:22 | ping |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:41:27 | pong |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:41:34 | can you tell me more about these files? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:41:41 | or the status of the issue? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:41:58 | uhmm... no new information... everybody is focused on the election |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:42:07 | what&apos;s the caps thing? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:42:15 | caps? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:42:22 | CAPS |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:42:38 | who&apos;s the author? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:42:39 | and are all these releasable? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:42:42 | so much going on... ahhhh |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:42:46 | what about the english translation? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:42:55 | yes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:42:55 | everything is notes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:43:02 | minus the photos |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:43:13 | the photos are releasable |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:43:29 | ok, what about the incident report? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:43:52 | cant release the original, but the information can be scraped from it |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:44:08 | i.e. sources indicate this happened at this place at this time |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:44:17 | yup |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-06 06:44:38 | it looks like a MITT report? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:44:39 | translation is super not releasable |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 06:45:01 | ok, be sure to tell me these things as soon as possible |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:45:03 | yes, came from federal police into US hands |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 06:45:07 | and better yet in the submission itself |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:45:12 | yes, sorry |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 06:45:59 | I&apos;m not the only one to process this stuff and also will forget details if publication is delayed a long time due to the flood of other things |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:46:02 | though... who knows... everybody is running around like headless chickens |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 06:46:28 | malaki is expected to win again though? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:46:33 | basically |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:46:39 | lose a few seats maybe |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:46:42 | but win overall |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:46:56 | probably have to form a new coalition |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:48:47 | blah, sorry about the craziness... gonna give release a shot? |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 06:58:20 | yes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:58:37 | cool |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 06:58:40 | lack of detail may be problematic, but we&apos;ll see |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 06:59:09 | i.e &quot;easier&quot; stories for press to get |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:59:10 | im sure you can try to confirm SOMETHING... there is a hotel called the Hotel Ishtar nearby to that location |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 06:59:36 | does it have grid refs? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 06:59:46 | grid references within the document, yes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:00:01 | that was were the arrests took place |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:00:11 | morocco publishing company |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:00:24 | gives coordinates (in the military report) |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:01:19 | I figured it would make it look more like a journalist acquired it... if the hotel was mentioned |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:01:55 | [popular among gays, oddly] |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:02:38 | <div><a href=http://travel.yahoo.com/p-hotel-2514619-hotel_ishtar-i" style="background-color: #ffffff; font-family: Helvetica; font-size: 12pt;">http://travel.yahoo.com/p-hotel-2514619-hotel_ishtar-i</a></div></message> |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 07:02:42 | haha |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 07:03:19 | I&apos;m surprised there are any left. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:03:25 | foreign |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:03:27 | that is |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 07:03:33 | full transcript for video is now complete |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 07:03:43 | evil work |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:03:43 | Iraq themed releases? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:04:08 | yes, the transcripts say a lot about attitudes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:05:30 | might also be known as Sheraton Ishtar |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:05:41 | <div><a href=http://en.wikipedia.org/wiki/Sheraton_Ishtar" style="background-color: #ffffff; font-family: Helvetica; font-size: 12pt;">http://en.wikipedia.org/wiki/Sheraton_Ishtar</a></div></message> |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:06:13 | its somewhere in that general area... &quot;Morocco Publishing&quot;... its been too crazy for me to try and find |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:07:14 | anyway, gotta dash... should be back in a few hours |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:07:21 | good luck |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 07:07:34 | you too |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 07:07:49 | um, transcripts? |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 07:07:53 | ah, yes, sorry. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:08:11 | its a HUGE jumble xD |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:08:12 | =P |
| pressassociation@jabber.ccc.de | Nxooooxxx Fxooo | 2010-03-06 07:08:17 | plural confused me. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:08:25 | muh bad |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:08:34 | gotta go fo&apos; realz =P |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:08:37 | claoness |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:10:28 | oh, it was on the EAST side of the tigris... thats important |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:11:01 | the arrest location |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:11:03 | that is |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-06 07:11:36 | why important? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:11:46 | i think hotel is on the west side |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:12:21 | ah, im all over the place... clearing logs... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:12:43 | not logging at all... safe |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 07:12:50 | i just wanted to be certain |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 09:25:55 | any more questions? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 10:59:53 | I have a quick question |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 12:48:15 | busy day for you ? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-06 14:37:11 | ping |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:03:53 | ping |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:08:29 | brb, checking flights |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:11:49 | k |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:14:56 | I have a quick question? |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:15:36 | sure...lots of time pressure atm though so answer will be brief |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:16:00 | how valuable are JTF GTMO detention memos containing summaries, background info, capture info, etc? |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:16:18 | time period? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:16:25 | 2002-2008 |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:17:35 | quite valuable to the lawyers of these guys who are trying to get them out, where those memos suggest their innocence/bad proceedure |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:18:12 | also valuable to merge into the general history. politically gitmo is mostly over though |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:18:20 | yeah |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:18:28 | although transfers to afghanistan might rise it again |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:18:38 | &gt;&PNG |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:18:43 | ill get back to that later |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:19:29 | depends on definition of valuable of course.. there&apos;s been a fair bit of inflation the last few months :) |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:19:39 | I noticed |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:19:51 | BTW |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:20:12 | WE won the referendum — only 1.4% voted against. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:20:17 | i saw |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:20:25 | How cool is that? |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:20:54 | First referendum in icelandic history, ever. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:20:56 | not sure how much influence you actually had... though im sure you had an impact of some kind |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:21:13 | by &apos;we&apos; I mean everyone working towards it |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:21:20 | ah, been there before |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:21:28 | im wary of referenda |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:21:51 | democracy sounds good... until you realize you&apos;re a vulnerable minority... |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:21:57 | but quite possibly swung it.. there was lots of stuff going on behind the scenes here. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:22:09 | case in point: proposition 8 in california |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:22:21 | Yes. This is democracy in the negative though, which is usually great. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:22:34 | indeed it is |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:22:51 | i.e vetoing bills [go back and do it again!] |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:23:32 | cali is bad, I agree. anyone with some $ has a syringe right into the heart of the state constitution |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:23:40 | &gt;nod&lt; |
| pressassociation@jabber.ccc.de | Nxoooxxxx Fxoood | 2010-03-07 07:23:52 | bbk |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:23:58 | gotta run too |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 07:23:59 | ttyl |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-07 10:53:48 | so when is the site coming back? |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:46:56 | hello |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:48:43 | heya! |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:48:50 | how goes? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:49:22 | not bad |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:52:19 | vid has been enhanced and rendered now. subtitles done for english |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:52:30 | nice |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:52:47 | it looks good. the stills are very moving |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:53:03 | the stills taken from the wide angle? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:53:31 | dropped camera |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:53:42 | no.. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:53:51 | eh, the video stills then |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:53:52 | from the video cam |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:54:14 | sounds good |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:55:54 | still all over the place, here |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:56:10 | After the contrast enhancement, something about the lack of resolution / smoke gives a film-noir quality |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:56:16 | yeah, I&apos;ve heard. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:56:25 | heard? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:56:29 | outcome yet? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:56:43 | busy few weeks |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:57:02 | no... wont be for weeks... it was very quiet |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 05:57:09 | expected a lot more |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:58:05 | people can get worked up internally... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 05:58:59 | somethings are encouraged to be said, others not, and after they flow around long enough, there&apos;s a lack of grounding. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:04:09 | lalala |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:04:54 | jesus |
|  | Nobody | 2010-03-08 06:05:05 | mm? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:05:22 | looks like we have the last 4 mothers of all audio to all phones in the .is parliament |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:05:29 | s/mothers/months |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:05:46 | interesting |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:06:09 | *had nothing to do with this one* |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:08:49 | im sending one last archive of intersting stuff... should be in the x folder at some point in the next 24 hours |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:10:08 | ok. great! |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:10:09 | 74b3*.tar.bz2 |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:10:50 | you&apos;ll need to figure out what to do with it all... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:11:03 | a lot of odd things are happening lately |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:11:08 | such as? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:11:48 | it&apos;s hard to describe without going through them all |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:11:53 | but there&apos;s something in the air. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:12:07 | in iceland, or globally |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:12:40 | this is what I&apos;m trying to determine. people in germany say the same thing |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:12:49 | and there&apos;s some evidence of that |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:13:13 | such as... (i hate to inquire too much, but im benign) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:13:38 | it may be more readily visible in .is due to less inertia [small economy] |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:14:09 | definitely feel something odd here... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:14:38 | some recent things... in denmark the main newspaper printed an entire book in afghanistan that was about to be injuncted suddenly in its sunday paper |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:14:50 | to subvert the injunction |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:14:55 | [about afghanistan, not in] |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:15:04 | injunction came from dep of defence |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:15:25 | fox news editorialized to say, give money to WL |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-08 06:15:42 | .nl government just fell over afghanistan |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:15:49 | indeed |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:16:00 | german constitutional court just struck down data retention |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:16:07 | yep |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:16:34 | w/ actions that were considered totally radical 3 years ago are now courted. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:17:06 | i told you before, government/organizations cant control information... the harder they try, the more violantly the information wants to get out |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:17:22 | 2500 articles in .is referendum in the past 15 hours, despite it being a sunday |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:17:34 | you&apos;re like the first pin to pop a balloon |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:17:52 | many other things like this |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:18:13 | restrict supply = value increases, yes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:18:21 | oh yeah... osc went haywire digging into .is |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:18:37 | us dod has another tact though, dump billions in free &quot;news&quot; content |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:18:44 | yeah? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:18:56 | that&apos;s something we want to mine entirely, btw |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:19:10 | I had an account there, but changed ips too quickly |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:19:16 | usually its pretty dull reading, one or two things on .is a day... but its like 20-25 for today alone |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:19:40 | just FBIS or analysis included? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:19:54 | no analysis, too early... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:20:03 | 24-48 hours it takes for analysis if done |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:22:01 | anyway, im throwing everything i got on JTF GTMO at you now... should take awhile to get up tho |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:23:22 | summary / history / health conditions / reasons for retaining or transfer of nearly every detainee (about 95%) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:24:01 | ok, great! |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:24:15 | what period does it cover for each internment? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:24:48 | 2002-2009... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:25:21 | so initial medical evaluation to exit evaluation? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:25:37 | no, just summaries... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:25:52 | but summaries of that? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:26:26 | i.e from entry to exit? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:26:31 | not quite |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:26:33 | gaps |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:26:50 | where do the gaps come from? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:26:58 | Memos such asSUBJECT: Recommendation to Retain under DoD Control (DoD) for Guantanamo Detainee,<br />ISN: US9AS-000002DP |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:27:51 | I have a csv that organizes the info as much as possible |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:27:55 | I hate these gitmo guys |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:28:29 | OFAFBU sums up the sort of people they ended up with |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:28:48 | [one flight away from being ugly] aka &quot;gitmo cute&quot; |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:28:56 | haha |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:30:57 | anyway, gotta run, have a nice day |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:31:14 | you too. and take care! |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:31:42 | after this upload, thats all i really have got left |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:32:15 | curious eyes never run dry in my experience |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:32:18 | i sat on it for a bit, and figured, eh, why not |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:32:52 | ive already exposed quite a bit, just no-one knows yet |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:33:34 | ill slip into darkness for a few years, let the heat die down |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:34:05 | won&apos;t take a few years at the present rate of change |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:34:08 | true |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:34:19 | almost feels like the singularity is coming there&apos;s such acceleration |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:34:52 | yes... and considering just how much one source has given you, I can only imagine the overlad |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:35:05 | yes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:35:15 | *load |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 06:35:30 | c ya |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:35:34 | i just hope we can do justice to it all. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:35:57 | We have the numbers, just need to figure out how to scale the management. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 06:36:04 | night! |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 11:13:06 | hi |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 11:44:16 | hoi |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 11:44:27 | short sleep? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 12:19:56 | wasnt asleep... going to sleep soon |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 12:20:21 | upload is at about 36% |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 12:21:39 | ETA? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 12:22:05 | 11-12 hours... guessing since its been going for 6 already |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 12:22:33 | how many mb? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 12:22:50 | about 440mb |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 12:24:46 | a lot of scanned pdf&apos;s |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 14:38:00 | what are you at donation-wise? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 15:55:28 | any good at lm hash cracking? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 16:00:29 | yes |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 16:00:44 | donations; not sure. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 16:00:55 | something in order of .5M |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 16:01:30 | but we lost our CC processor, so this is making matters somewhat painful. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 16:02:23 | we have rainbow tables for lm |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 16:04:14 | 80XXXXXXXXXXXXXXXXXXXXXXXXXXXX1c |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 16:05:07 | i think its lm + lmnt |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 16:05:38 | anyway... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 16:08:08 | need sleep &gt;yawn&gt; |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 16:09:06 | not even sure if thats the hash... i had to hexdump a SAM file, since i dont have the system file... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 16:10:08 | what makes you think it&apos;s lm? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 16:10:19 | its from a SAM? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 16:10:24 | yeah |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-08 16:11:26 | passed it onto our lm guy |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 16:11:40 | thx |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-08 21:31:59 | got about an hour to go on that upload |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:44:06 | hi |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:45:05 | did you get what i sent? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:45:11 | via sftp |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 03:46:04 | heya! |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:46:24 | MD5 (74b3*.tar.bz2) = c36e31ab* |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 03:47:39 | will check |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:47:47 | sweet |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 03:47:54 | somewhat distracted with all sorts of intrigues |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:48:01 | heh, im sure |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:48:13 | imma get intrigued with my hot chocolate =) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 03:48:24 | we now have the last 4 months of audio from telephones at the .is parliament |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:48:29 | bbl |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:48:35 | yes, you said earlier |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 03:48:51 | it was a *might* before |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:48:55 | somebody&apos;s bad... =) |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 03:49:11 | ttyl |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 03:49:16 | yup. nixon tapes got nothing on us |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 04:25:37 | hmm |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 04:25:42 | there&apos;s a username in the gitmo docs |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 04:25:58 | i assume i should filter it out? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:40:47 | theres a username? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:42:16 | any usernames should probably be filtered, period |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:42:38 | but at the same time, theres a gazillion of them |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-10 05:45:56 | is this ordered by country? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:46:00 | yes |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:46:48 | ... gazillion pdf&apos;s that is</span> |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:47:15 | anything useful in there? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:50:54 | no time. but have someone on it |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:51:00 | there surely will be |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:51:12 | and these sorts of things are always motivating to other sources too |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:51:22 | &gt;nod&lt; |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:51:33 | inflation |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:51:34 | =P |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:51:43 | from an economic standpoint |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:52:08 | heh |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:52:29 | I was thinking more inspiration |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:52:38 | i know =) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:53:08 | gitmo=bad,leakers=enemy of gitmo,leakers=good |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:54:03 | Hence the feeling is people can give us stuff for anything not as &quot;dangerous as gitmo&quot; on the one hand, and on the other, for people who know more, there&apos;s a desire to eclipse.... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:54:41 | true |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:55:05 | ive crossed a lot of those &quot;danger&quot; zones, so im comfortable |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:55:25 | learned a lot from the iceland cable on my side |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:55:32 | oh? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:55:55 | and that is... everyone is too busy to investigate too deeply... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:56:02 | or clean up the mess |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:56:03 | yes |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:56:13 | unless they think there&apos;s a real promotion in it |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:56:19 | indeed |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:56:35 | after a few days, no one gives a damn, generally |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:56:41 | yep |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:56:46 | especially now with the pace of change so high |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:56:51 | oh yeah |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:56:58 | its nuts |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:57:28 | ive given up on trying to imagine whats next |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:57:53 | i predict its nothing i can predict |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:58:21 | actually... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:58:29 | gave an intel source here a list of things we wanted |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:58:39 | 1-5 |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:59:06 | 1 was &quot;something we have no idea of yet. hard to find, but the most likely to be important&quot; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 05:59:30 | and they came back with the last 4 months of parliament |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:59:47 | xD |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 05:59:49 | hilarious |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:00:40 | thats a wtf... who did this kind of moment |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:00:54 | fall-out =P |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:00:55 | So, that&apos;s what I think the future is like ;) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:01:15 | yes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:01:57 | now that humans are getting more and more integrated into this information society... a level of transparency never imagined or even truly desired is coming into play |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:02:18 | it makes us more human if anything |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:03:13 | we&apos;ve created states, governments, religious institutions, corporations... all these organizations to hide behind... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:03:26 | but at the end of the day, we&apos;re just guys and girls |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:04:02 | WikiLeaks is looking for donations, but what its�¿ founders should do, is call upon script writers to make a, perhaps reality based, dramatized, thriller movie of one of the wikileaks cases, with corruption, infiltration, espionage, hitmen, sabotage, etc. and call the movie &quot;WikiLeaks!&quot;</span><br /><br /><span style=font-family: Helvetica; font-size: 12pt;">I see great potential for such a movie, and massive money and advertising it would generate would establish them firmly. I&apos;d then support by seeing the movie. Hollywood would likely support." |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:04:04 | haha |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:04:35 | yes. its very healthy |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:04:47 | but then, there is farmville... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:04:59 | the masquerade ball |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:05:22 | this is gonna be one hell of a decade |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:05:45 | it feels like 2010 should be ending soon... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:05:50 | but we just got started |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:05:51 | sense deceptions to suck $ out of people |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:06:06 | it&apos;s as old as lipstick and the guitar of course, but mmorpg are evil in a whole new way |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:06:39 | voluntary matrix-style society? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:06:46 | yes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:07:08 | hmm |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:07:25 | might be ok in the end |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:07:53 | mmorpg&apos;s that have long term users are incentivised to keep them profitable |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:08:59 | but I imagine they&apos;ll merge into hybrid revenue modes, where congnitive tasks and freelabor are done using sense deception incentives |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:09:48 | like the &quot;video games&quot; from toys? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:10:12 | haven&apos;t seen that |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:10:34 | but it sure isn&apos;t a decade to be a gullible idiot :) |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:11:24 | basic gist: retired general takes over a toy company, invests in video games for kids to &quot;play&quot;, but they&apos;re actually training to remotely use little toy sized weapons |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:11:40 | former toy owner tries to stop him |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:11:52 | *company |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:12:11 | heh. that&apos;s the example I was going to use for mmorpg (with drones) but decided it was too grotesque |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:12:47 | its not... its logical in frightening ways |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:13:04 | i think like that... i dont know how it happened, but i think that way |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:13:32 | i predict war will turn into a continuous spectrum of spying and violence |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:13:32 | &quot;how can I take advantage of two things that most people wouldn&apos;t think are connected&quot; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:15:50 | with companies doing a lot of the lower end (spying/violence) for their own reasons and a totally seemless crossover (as is happening with the us) between contractors/military to the degree that its not clear who is tasking who |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:16:12 | wow, dead on |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:16:57 | everywhere, greater degrees of freedom, more fluidity and mixing. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:17:23 | always an interesting discussion =) |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 06:17:26 | ttyl |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 06:17:31 | night! |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 20:58:03 | hello |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 20:59:41 | heya! |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 20:59:52 | whats new? |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:00:22 | 350Gb of audio intercepts. But you knew already. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:00:30 | mhmm |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:00:57 | is that the only thing? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:01:22 | lots of smaller scale material |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:01:28 | &gt;nod&lt; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:01:44 | e.g bbc legal defense against trafigura which was censored |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:02:15 | aljazeera doing another segment on WL |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:02:35 | canadian detalnee docs |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:02:43 | canadian? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:03:00 | some russian and chinese stuff that I can&apos;t read |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:03:08 | hahaha |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:03:09 | heh |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:03:17 | and a list of ALL the tea party volunteers |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:03:42 | from glen beck&apos;s email |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:03:48 | jesus fucking christ |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:04:13 | whats the big deal with that? because some people take that seriously |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:04:26 | an analysis of the greenhouse gas output of Australia&apos;s &quot;earth hour&quot; fireworks |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:04:32 | (46 tonnes) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:04:57 | The teaparty thing? It&apos;s weird, but it should be taken seriously |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:05:21 | yeah, its one of those... grey areas between reality and entertainment and ick |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:05:33 | It&apos;s the right wing overclass (fox) organization of the righwing underclass. Think of them as brown shirts. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:05:39 | *stays in reality* |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:06:23 | well, i dont know what posting a list from glenn beck&apos;s email will do... but hey, its transparency |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:06:37 | They&apos;re important because their organized free labor. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:06:54 | And they may or may not break free of their masters. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:07:04 | ah |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:07:50 | is it like the entire world is uploading to you? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:08:24 | some hungarian finance things |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:08:31 | scientology in haiti... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:08:52 | lots of german stuff I don&apos;t understand, but we have people who do |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:08:58 | &gt;nod&lt; |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:09:08 | wow... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:09:15 | im gonna leave you to work than |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:09:50 | get back up and online... get immi passed... and start publishing whatever you can... =) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:10:08 | heh |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:10:16 | aljazeera will also have a new WL doco |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:10:31 | by the same producer who did IMMI piece |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:11:36 | agreement between the royal mail and its union |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:11:49 | oh, this one is nice |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:11:55 | entire romanian police database |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:12:31 | israeli&apos;s OECD application docs |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:15:45 | its like you&apos;re the first &quot;intelligence Agency&quot; for the general public |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:16:39 | downside is you get so much stuff in a single day that its hard to prioritize |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:16:54 | yes |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:17:05 | that&apos;s just a matter of growth, though |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:17:39 | did you read our bulgarian shadow state doc? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:17:45 | well, fuck you do everything an intel agency does... minus the anonymous sourcing |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:17:58 | not really |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:18:15 | The original WL about reads: &quot;...will be the first intelligence agency of the people...&quot; |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:18:43 | might have missed that, but its absolutely true |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-10 21:19:31 | anyway, gotta run... ttyl |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:19:47 | Wikileaks described itself as &quot;the first intelligence agency of the people. Better principled and less parochial than any governmental intelligence agency, it is able to be more accurate and relevant. It has no commercial or national interests at heart; its only interest is the revelation of the truth. Unlike the covert activities of state intelligence agencies, Wikileaks relies upon the power of overt fact to enable and empower citizens to bring feared and corrupt governments, and corporations to justice.&quot; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 21:20:14 | ok. later! |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 23:30:54 | any more hints about this lm hash? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-10 23:31:03 | no luck so far |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 18:23:35 | hi |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-16 18:32:42 | hoi |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 22:29:42 | whats up? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-16 22:34:13 | just about to go out |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-16 22:34:14 | all systems nominal |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 22:34:24 | ^_^ good to know |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 22:34:36 | ttyl |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-16 22:35:52 | :) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-16 22:35:52 | take care |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 22:36:04 | will do... donations coming in good? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-16 22:37:09 | not sure |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-16 22:37:21 | experience in the past is that they don&apos;t tend to in response to stories like this |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 22:37:28 | meh |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-16 22:37:32 | makes people scared to donate |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 22:37:34 | too bad |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 22:37:52 | i would&apos;ve |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-16 22:37:59 | if i saw that |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:32:26 | what&apos;d your source say it was? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:39:49 | it was very general |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:40:02 | organization-wide |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:40:17 | interesting |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:40:35 | what was the approach and motivation? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:41:17 | i wonder if this didn&apos;t stir up some internal dissent |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:41:42 | must be some people not too happy about cracking down on whistleblowers and following the chinese... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:41:55 | indeed |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:42:11 | 90% of the effort is on chinese exfiltration of documents |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:42:22 | it was a blog posting |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:43:01 | well, that is a genuine problem |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:43:16 | israeli and russian exfiltration too |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:44:02 | french as well |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:44:06 | it warned about not visiting the blogs, because the document and its contents is still classified |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:44:17 | gave a link the to the report through proper channels |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:44:31 | although knowledge tends to be stabalizing |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:44:34 | if you take a big picture perspective |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:45:17 | it almost pleaded people not to visit anonymous documents, mentioning courage and personal trust... and told people to go through proper channels if they have an issues |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:45:24 | open skies policy was stabalizing |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:45:44 | so perhaps an open net policy is called for ;) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-17 22:46:23 | that&apos;s reasonable, though doesn&apos;t work in practice... |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:46:27 | what&apos;d they say about courage? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:46:38 | i can send a copy |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:46:40 | that it&apos;s contagious? ;)? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:46:53 | but its non-rel |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:47:00 | yes |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:47:32 | subsys is really good these days |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:48:09 | please mark non-release, found on usb stick |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:48:55 | k |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:49:00 | outed another spy this afternoon |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:49:16 | ?? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:49:27 | local |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:49:34 | gotchya |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:49:38 | police, watching one of my hotels |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:49:50 | insider also confirmed |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:49:58 | we have access to the fleet tracking system ;) |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:50:41 | just got hold of 800 pages of interrogations docs and another 40gb of .is privatization / banking stuff |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:50:51 | this country is going to melt... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:50:55 | saw the film today |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:51:04 | it&apos;s looking great |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:51:31 | what film? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:51:50 | projectb |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:51:58 | the massacre |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:52:01 | gotchya |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:52:32 | uploaded file |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:53:01 | marked as requested |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:53:11 | thanks |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:53:18 | n/p |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:53:20 | you&apos;re great |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:54:03 | is there some way i can get a cryptophone to you? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:54:14 | not at this time |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:54:40 | actually... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:54:47 | probably best if you just order one? |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:54:57 | or rather some friend |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:55:14 | bit pricy though |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:55:26 | hmm |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:55:29 | actually never mind |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:55:38 | yes, i dont have access at present |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:56:35 | these things are good for urgent contact, but it&apos;s safer to avoid due to location tracking possibilities |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:56:47 | i know that very well |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:56:56 | although there is a satphone module |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:57:21 | forget the idea for now |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:57:45 | yes. you just contact us |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:57:52 | but don&apos;t disappear without saying why for an extended period or i&apos;ll get worried ;) |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:58:03 | i wont |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:58:16 | you&apos;ll know if something&apos;s wrong |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:58:39 | ok |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:58:57 | you can just tell me &quot;all the ships came in&quot; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:59:09 | via email or any other mechanism |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:59:15 | &gt;nod&lt; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 22:59:44 | will be doing an investigative journo conf in norway this week end, so may be out of contact most of the time |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 22:59:55 | its good |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:00:17 | ok. |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:00:27 | off to do some work. |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:00:43 | k, but def read the reflection i sent |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:00:53 | i will |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:01:01 | now |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:01:03 | toodles |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:12:56 | heh |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:13:15 | i like it. free advertising to just the right market |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:23:14 | &gt;nod&lt; |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:23:30 | the tone is what interests me the most |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:23:45 | yes |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:23:47 | its not really a threat, its a plead |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:23:55 | slight desperation |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:24:00 | yes |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:24:08 | interesting approach |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:24:21 | IOW, no-one knows what to do |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:24:40 | threats work better with most, but perhaps they see that our sources are resistant to them anyway... |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:24:54 | so pleading is the only thing left |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:25:34 | im sure it was brought on by discussions that showed slight sympathy |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:27:28 | yes |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:27:46 | i think your intuition is correct |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:28:32 | &quot;if we can&apos;t scare them, lets ask nicely&quot; |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:33:39 | the hackers that these governments hire, the good ones... they&apos;re the cats that can only be herded by food... but when the cat food runs out, or they get treated rough... they&apos;d be the first to dissent |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:34:21 | food meaning money, of course... and treatment being, well, treatment |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-17 23:34:42 | weird analogy, i know... lol |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:38:21 | yes |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:38:34 | that&apos;s possible |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-17 23:39:09 | and there are social vales that arise out of the internet that have evolved beyond those inside the isolated military-contractor complex |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 00:04:31 | its like a classroom run by an overbearing teacher... when a kid strikes back anonymously by sabotaging the desk... the other kids get a little excited and rowdy, because they wanted too, but were afraid of getting caught... the teacher is embarassed and cant control the kids, so the teacher just makes an announcement that the students should continue working quiety after they have a look at the mess on the desk that the teacher is cleaning up |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 00:05:11 | i think thats a better analogy |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 00:37:17 | <div><a href=http://freedomincluded.com/index"><span style="background-color: #ffffff; font-family: Helvetica; font-size: 12pt;">http://freedomincluded.com/index</span></a> <span style="background-color: #ffffff; font-family: Helvetica; font-size: 12pt;"> &lt;- recommend: free (as in freedom) hardware vendor" |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:39:52 | wtf is wrong with LTC Packnett xD |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:40:59 | you don&apos;t confirm, or even come off as possibly confirming shit... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:41:22 | lol, slipped up in your favor, i guess |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-18 08:41:31 | eh? |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:42:06 | NYT article has LTC Packnett allegedly confirming the authenticity of the 2008 report posted on 15th |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-18 08:42:17 | yes |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-18 08:42:19 | hilarious |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:42:57 | i dont think he&apos;s going to continue to be the MI spokesperson |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-18 08:43:04 | they do break these rules though when being hammered |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:43:15 | im sure |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxxx | 2010-03-18 08:43:41 | refusing to confirm does make them look shadowy and untrustworthy |

| Sender Account | Sender Alias | Date-Time | Message Text |
|---|---|---|---|
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:43:45 | i just didnt realize how little it takes for them to cave... |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:43:55 | true, but... im shocked |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-18 08:44:12 | yeah.. but remember.. rules are just for the grunts :P |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-18 08:44:32 | like no spying on citizens at the nsa |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:44:43 | which is common |
| dawgnetwork@jabber.ccc.de | Nobody | 2010-03-18 08:45:57 | &quot;oh fuck, this might be a US citizen... shouldn&apos;t we get this checked by the FBI...&quot; &quot;Fuck that, FBI is slow as fuck, we&apos;ll just keep listening in, capture him, and then turn him over&quot; |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-18 08:48:27 | i prefer jen. also, too masculine looking |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-18 08:48:57 | heh |
| pressassociation@jabber.ccc.de | Nxxxxxxxx Fxxxx | 2010-03-18 08:48:59 | nevermine |

# ATTACHMENT C

AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

19-3 / 10GJ3793 / 19 - 1478

for the

Eastern District of Virginia

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:

**Chelsea Manning,**
**formerly known as Bradley Manning**

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court 401 Courthouse Square Alexandria, VA 22314 | Date and Time: May 14, 2019 | 09:30 a.m. |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:                              WITNESS ATTENDANCE.

Date:        May 08, 2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

**Gordon D. Kromberg, AUSA**
**Office of the United States Attorney**
**Justin W. Williams United States Attorney's Building**
**2100 Jamieson Avenue**
**Alexandria, Virginia 22314  (703) 299-3700**

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                     *Server's signature*

                                                                     _____
                                                                     *Printed name and title*

                                                                     _____
                                                                     *Server's address*

Additional information regarding attempted service, etc: