Date: 5/16/2019     Judge: Trenga     Reporter: J. Egal
Time: 2:00 – 3:05; 3:12 – 3:50

| In re: Grand Jury Case No. 10-GJ-3793 | 1:19dm12 |
|---|---|
| | Case Number |
| Christopher Leibig<br>Moira Meltzer-Cohen | Thomas Traxler<br>Gordon Kromberg<br>Tracy McCormmick<br>Nicolas Hunter |
| Counsel for Chelsea Manning | Counsel for Government |

Chelsea Manning's Motions to Quash – Argued and Denied.

Show Cause hearing held as to why the witness should not be held in contempt. Argument heard. The Court finds that Ms. Manning is unable to show just cause why she should not be required to testify before the Grand Jury and finds her in contempt of court.

Courtroom open for the sanction phase of the hearing.

Argument heard.

Ms. Manning committed to the custody of the US Attorney General until such time as she purges herself of contempt, or the for the life of the grand jury, not to exceed 18 months. If she does not purge herself of contempt in 30 days, she is to pay a daily fine of $500.00, and after 60 days a daily fine of $1000.00.

Counsel to file briefs within 14 days regarding whether the time she has served on the previous contempt order applies to the eighteen month term in this contempt proceeding.

Witness remanded.