AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-DM-00012-AJT |
| John Doe 2010R03793 | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE UNITED STATES OF AMERICA.

Date: 05/29/2019

/s/
*Attorney's signature*

Thomas W. Traxler
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

thomas.traxler@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*