# Attachment 1

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)        Case: 19-5121
v.                                                   Civ. Action No. 19-810 - RBW
Appellee – NA
(Electronic Privacy Information Center v. United States Department of Justice)

Notice – I make $22,000.00 per year working for Brooks Brothers as a supervisor at the Silver Sands Outlet Mall in Miramar Beach Florida. My life, and what little money I have, I dedicate to saving my fellow man.

I have directly (documented in the court records – two examples are listed below) challenged the following over censorship and criminal violations of the First Amendment with the result being the Genocide of Mankind. These individuals and entities have chosen money and power over Mankind: Mega Billionaire Warren Buffet/Berkshire Hathaway, Mega Billionaire (deceased) Tom Benson/The New Orleans Saints and Pelicans, Mega Billionaire Donald Newhouse/Advance Publications, Mega Billionaire Jeff Bezos/Amazon.com and the Washington Post, Mega Billionaire Bill Gates/Microsoft, Mega Billionaire Rupert Murdoch/Fox, Mega Billionaire Arthur Ochs Sulzberger Jr./The New York Times, Mega Billionaire Mark Zuckerberg/Facebook, Mega Billionaires Larry Page and Sergey Brin/Google and YouTube, etc.

> Notice – The murder and the coverup of Mankind is correlated with the murder of a newspaper – the New Orleans Times Picayune. USCA Case #19-5121 Document #1788254 Filed: 05/16/2019 Page 1 of 16 Attached

> Notice – Unbelievable – Amazon.com/Jeff Bezos/Washington Post are going to censor me after seven years. *Served on this court on May 20th, 2019.

Godspeed
Sincerely
*[signature]*
David Andrew Christenson
Box 9063 Miramar Beach, Florida 32550
504-715-3086 davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 24th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

*[signature]*
David Andrew Christenson