# Attachment 4

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)          Case: 19-5121

v.                                                     Civ. Action No. 19-810 - RBW

Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

Notice – Chief Justice John Roberts cannot and does not fully understand what is taking place.

The greatest political, ethical, moral and legal transgression of my lifetime was when Ford pardoned Nixon. This started a chain of events that will result in the Genocide of Mankind. Put the pieces together. Our media has covered up the truth for money and power and Mankind is suffering for that.

The Graham family went through Watergate and the pardoning of Nixon. Decisions that were made incurred catastrophic liabilities for the Graham family and the Washington Post. Agreements were entered that allowed the Washington Post access to government secrets. What I have been working on is one of those secrets. The Graham family wanted out, so they sold to Jeff Bezos/Amazon.com without disclosing the liabilities from Watergate/Nixon and the Katrina Virus. No "due diligence" would have discovered the liabilities. Can you see God working indirectly? Bezos/Amazon.com was not in the newspaper business and yet they purchased the Washington Post. Amazon.com has published seven of my books. See my pleadings.

The Newhouse family/Advance Publications chose not to sell. See my pleadings. The New Orleans Times Picayune not only knew about the coverup but participated in it.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063 Miramar Beach, Florida 32550
504-715-3086 davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 22nd, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson