# Attachment 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,

ELECTRONIC PRIVACY INFORMATION CENTER      Judge Reggie B. Walton
Plaintiff,
v.                                                                                        Civ. Action No. 19-810 - RBW
UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Notice – Unbelievable – Amazon.com/Jeff Bezos/Washington Post are going to censor me after seven years

Plaintiff Jerome Corsi filed an Amended Complaint (Case 1:18-cv-02885-ESH Document 15 Filed 01/21/19 Page 1 of 23) against the Washington Post, Jeff Bezos (Owner of Amazon.com) and Manuel Roig-Franzia in Corsi v. Mueller (1:18-cv-02885) District Court, District of Columbia.

The following paragraph is in the introduction of the Amended Complaint. *"Corsi also brings this Amended Complaint against Defendants Jeff Bezos ("Bezos"), The Washington Post ("WaPo") and Manuel Roig-Franzia ("Franzia") for tortuously interfering with Corsi's business and contractual relations, in concert with the other named Defendants, as well as for defamation."*

I have seven books that are available on Amazon.com. They are listed below with the publish dates on Amazon.com.

Attached is an email that I received from Amazon.com on May 19th, 2019 at 12:00 PM. My first book was published on Amazon.com on February 9th, 2012 and my last book was published on November 11th, 2015.

The following sentence taken from the Amazon.com email: *"We ask that you fix the above books as well as all of your catalog's affected books and re-submit them for publishing within 5 business days. If your books have not been corrected by that time, they will be removed from sale on Amazon."*

Why after 4 – 7 years is Amazon.com censoring my books. Attached is an email dated November 12th, 2015 that states my book, *The New York Times and the Supreme Court are murdering mankind via direct and indirect suicide(s). The end result will be the genocide and the extinction of mankind via the Katrina Virus* has been published. Credit was given to the following: (Author), Gina Kolata (Author), Laura Beil (Author), Dave Philipps (Author), Arthur Ochs Sulzberger (Author), John Roberts (Author).

My Books

➢ An American Born Terrorist's Emails To The Department Of Justice Feb 9, 2012

➢ The United States Supreme Court and The Katrina Virus Feb 18, 2012

- The New York Times and the Supreme Court are murdering mankind via direct and indirect suicide(s). The end result will be the genocide and the extinction of mankind via the Katrina Virus. Nov 11, 2015

- Supreme Court Amicus Brief filed against the National Security Agency by David Andrew Christenson Nov 9, 2015

- Chris Kyle murdered Americans in New Orleans during Hurricane Katrina and Jesse Ventura knew. Nov 9, 2015

- The Supreme Court Murdered Mankind Nov 8, 2015

- The Reluctant Patriot Nov 8, 2015


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 20th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

 Gmail                                      Renee Christenson <persimmonpublishing@gmail.com>

## Notification from Amazon KDP

**Amazon.com** <kdp-quality-assurance@amazon.com>                    Sun, May 19, 2019 at 12:00 PM
Reply-To: kdp-quality-assurance+A38ASWFKOGW88M@amazon.com
To: persimmonpublishing@gmail.com

Hello,

During a quality assurance review of your KDP catalog, we found that the contributor(s) listed for the following book(s) are misleading to our customers:

The New York Times and the Supreme Court are murdering mankind via direct and indirect suicide(s). The end result will be the genocide and the extinction of mankind via the Katrina Virus

ASIN: B017W9Q3RA

The New York Times and the Supreme Court are murdering mankind via direct and indirect suicide(s). The end result will be the genocide and the extinction of mankind via the Katrina Virus

Contributors are the people involved in creating your book, including authors, editors, illustrators, translators, and any others who assisted with your book's creation. Pen names are acceptable as contributor names as long as they are not misleading to our customers.

We ask that you fix the above books as well as all of your catalog's affected books and re-submit them for publishing within 5 business days. If your books have not been corrected by that time, they will be removed from sale on Amazon.

Please check out our Metadata Guidelines to ensure that your contributor name does not impair our readers' ability to make good buying decisions: https://kdp.amazon.com/help?topicId=A294SHSUYLKTA6

As a reminder, since publishing books with misleading contributors are against our guidelines, we may suspend or terminate accounts that repeatedly try to do so. For any questions, please reply to this e-mail: kdp-quality-assurance@amazon.com.

Best regards,

Amazon KDP

Amazon.com

Your feedback is helping us build Earth's Most Customer-Centric Company.
http://www.amazon.com/your-account

 Gmail                                    Renee Christenson <persimmonpublishing@gmail.com>

## Your book is available in the Kindle Store!

**Kindle Direct Publishing** <kdp-no-reply@amazon.com>                Thu, Nov 12, 2015 at 11:42 AM
To: "persimmonpublishing@gmail.com" <persimmonpublishing@gmail.com>

**Congratulations, your book "The New York Times and the Supreme Court are murdering mankind via direct and indirect suicide(s). The end result will be the genocide and the extinction of mankind via the Katrina Virus." is live in the Kindle Store and is available\* for readers to purchase here. If you have republished your book, your changes are now live.**

Thank you for publishing with Kindle Direct Publishing (KDP). Now that your book is live, we would like to highlight KDP Select, an optional program that offers KDP publishers the opportunity to reach more readers and earn more money.

It's easy to enroll your book in KDP Select. You can make your book exclusive to Kindle for a 90-day enrollment period and start enjoying some of these great benefits: Earn a share of the monthly global fund when customers read your book from Kindle Unlimited or KOLL. Plus, use the book promotion tools including Kindle Countdown Deals, time-bound promotional discounting you set for your book on Amazon.com or Amazon.co.uk to help readers discover your book or schedule a Free Book Promotion so readers worldwide can get your book free for a limited time.

Visit your KDP Bookshelf to select your book and click "Enroll" under KDP Select.

Best regards,
The Kindle Direct Publishing Team


Here are some additional author resources to help you sell more books:

- 
    **Create a dedicated Author Page** - You can increase your sales potential on Amazon by creating an Author Central account and share your most up-to-date information with a dedicated author page. Publishers, be sure to work with your authors to set up their Author Central accounts as well. Click on the links below to create author pages on different Amazon marketplaces.

    Amazon.fr     Amazon.co.uk
    Amazon.co.jp  Amazon.com
    Amazon.de

- **Publish your book in print with CreateSpace** - It's easy to publish a print edition of your book with Amazon's CreateSpace. You can use free tools to build and publish your book or take advantage of professional publishing services. You will keep control of your work and can make your book available to millions of readers worldwide on Amazon.com and other channels. Click here to get started.

- **Create your audiobook with ACX** - The Audiobook Creation Exchange (ACX) makes it easy to turn your book into an audiobook and create a new revenue stream. ACX connects authors with professional audio producers to create audiobooks. Learn more about ACX's distribution options and royalties here.