# Attachment 6

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)     Case: 19-5121
v.                                                 Civ. Action No. 19-810 – RBW
Appellee – NA
(Electronic Privacy Information Center v. United States Department of Justice)

Motion for Leave to Proceed on Appeal in Forma Pauperis
(Financial Documents filed with a separate pleading under seal.)

I believe our Republic is irreparable broken with time being our enemy. Look around and tell me I am wrong. Does the Federal Judiciary have a better plan then mine? My plan is a simple plan. The plan is to simply change the narrative. **Make the government respond** and see what happens. We as Americans need to be talking about what is truly important to our survival.

(Per the New York Times May 17th, 2019 *"In its decision to approve two drugs for orange and grapefruit trees, the E.P.A. largely ignored objections from the C.D.C. and the F.D.A., which fear that expanding their use in cash crops could fuel antibiotic resistance in humans"*.
https://www.nytimes.com/2019/05/17/health/antibiotics-oranges-florida.html)

My destiny was to experience and document all that is wrong with the Republic.

Your destiny and the destiny of the Federal Judiciary is to use this documentation and make a difference. Uphold Marbury v. Madison by changing the narrative. This time do it for the right reasons.

**The Federal Judiciary must lead, or we will all perish.** Where is it written in the Constitution that the Federal Judiciary is the impotent branch? The Federal Judiciary is the last line of defense.

My four appeals must be consolidated. Not only must I be heard but I must be responded to.

JUDICIAL WATCH, INC. v. U.S. DEPARTMENT OF JUSTICE (1:19-cv-00800) District Court, District of Columbia – United States Court of Appeals for the District of Columbia Circuit David Andrew Christenson Appellant (Movant) Case: 19-5091

ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia - United States Court of Appeals for the District of Columbia Circuit David Andrew Christenson Appellant (Movant) Case: 19-5121

UNITED STATES v. STONE (1:19-cr-00018) District Court, District of Columbia - United States Court of Appeals for the District of Columbia Circuit David Andrew Christenson Appellant (Movant) Case: 19-3012

CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia - United States Court of Appeals for the District of Columbia Circuit David Andrew Christenson Appellant (Movant) Case: 19-5057

> Three weeks ago, God gave me bacterial pneumonia. I had no idea how painful it was and how difficult the recovery process would be.

The following quote should define the Federal Judiciary.

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on May 19th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson