Judge Anthony John Trenga  
Albert V. Bryan U.S. Courthouse  
401 Courthouse Square  
Alexandria, VA 22314

May 29th, 2019

Judge Trenga,

Please give the attached pleading to Chelsea Manning since I have no way to serve her.

I filed a duplicate pleading in the Assange criminal case.

Godspeed  
Sincerely,

David Andrew Christenson  
Box 9063  
Miramar Beach, Florida 32550  
504-715-3086  
davidandrewchristenson@gmail.com;  
dchristenson6@hotmail.com;