IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-dm-12-AJT-2 |
| ) | |
| JOHN DOE 2010R03793 ) | |

## ORDER

Movant David Andrew Christenson, proceeding *pro se*, has filed a Motion for Leave to File Motion to Intervene [Doc. 15], in which he seeks to intervene in this grand jury matter to, *inter alia*, complain of "criminal conduct of the National Media." The Government initiated this matter pursuant to 18 U.S.C. § 6003, which authorizes the United States to request an order compelling a potential witness to testify before or give information to a grand jury when that potential witness has refused to comply with the subpoena. Section 6003 is governed by the Federal Rules of Criminal Procedure,[1] which do not provide for intervention in a criminal case.

Accordingly, it is hereby

ORDERED that *pro se* movant David Andrew Christenson's Motion for Leave to File Motion to Intervene [Doc. 15] be, and the same hereby is, DENIED; and it is further

ORDERED that since movant is not a party to these proceedings, no additional submissions from the movant shall be docketed in this case.

---

[1] Section 6003 is within Title 18 of the United States Code, which governs "Crimes and Criminal Procedure," and the Federal Rules of Criminal Procedure expressly govern grand jury proceedings. *See generally* Fed. Rs. Crim. P., Title III, Rs. 6-9.

The Clerk is directed to forward a copy of this Order to all counsel of record and to *pro se* movant David Andrew Christenson.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 12, 2019

2