IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| GRAND JURY CASE NO. 10-GJ-3793 ) | Case No. 1:19-DM-12 |
| ) | |
| ) | GRAND JURY NO. 19-3 |
| ) | |

ORDER

This matter comes before the Court on the government's motion to unseal filings in the above-captioned case. The government's motion is GRANTED. The Clerk's Office shall unseal the documents in the following docket entries:

- Dkt. No. 1 – Government's Application for Compulsion Order
- Dkt. No. 2 – Order Granting Application for Compulsion Order
- Dkt. No. 4-1 – Exhibit A-Part 1 to Government's Bench Memorandum
- Dkt. No. 4-2 – Exhibit A-Part 2 to Government's Bench Memorandum
- Dkt. No. 4-7 – Exhibit E to Government's Bench Memorandum
- Dkt. No. 4-8 – Exhibit F to Government's Bench Memorandum
- Dkt. No. 4-10 – Exhibit H to Government's Bench Memorandum
- Dkt. No. 4-11 – Exhibit I to Government's Bench Memorandum
- Dkt. No. 4-12 – Exhibit J to Government's Bench Memorandum
- Dkt. No. 4-13 – Exhibit K to Government's Bench Memorandum
- Dkt. No. 4-14 – Exhibit L to Government's Bench Memorandum
- Dkt. No. 4-15 – Exhibit M to Government's Bench Memorandum
- Dkt. No. 4-17 – Exhibit O to Government's Bench Memorandum
- Dkt. No. 5 – Government's Response in Opposition to Chelsea Manning's Motions
- Dkt. No. 5-2 – Exhibit 2 to Government's Response in Opposition to Chelsea Manning's Motions
- Dkt. No. 7 – Chelsea Manning's Motion to Quash
- Dkt. No. 8 – Minute Entry
- Dkt. No. 8-1 – Documents Received in Open Court

   The Clerk's Office shall also unseal the Motion to Unseal and proposed order. Otherwise, the documents filed in all other docket entries shall remain under seal until further order of the Court.

   IT IS SO ORDERED.

                        _____
                         The Honorable Anthony J. Trenga
                         United States District Judge

Alexandria, Virginia

June ____, 2019