# **EXHIBIT D**

For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

Home ... count? Log in

**Chelsea Resists**
@ResistsChelsea

Follow

This is almost unbelievable. Please donate if you can & organize benefit shows for Chelsea. #WeGotThis actionnetwork.org/fundraising/ch...

> **Chelsea E. Manning** @xychelsea
> ** Today, Chelsea was not only put back in jail, but Judge Anthony Trenga ordered her to be fined $500 every day she is in custody after 30 days and $1,000 every day she is in custody after 60 days. This is unprecedented. sparrowmedia.net/2019/05/statem...

4:05 PM - 16 May 2019

**158** Retweets **174** Likes

1 158 174

**Heidi Lucken** @HeidiLucken · May 16
Replying to @ResistsChelsea
Do you have a mailing address for Chelsea yet?

1

**James Harris** @JamesHa99118763 · May 22
881 McClellan Ave, Fort Leavenworth, KS 66027

Chelsea Res
@ResistsChelsea
Chelsea Manning i
for resisting a gran
support team #Che
#LeaveChelseaAlo

tinyurl.com/che
Joined March 2

Follow

