# **EXHIBIT E**

For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

Home | ...ccount? Log in ▾

Chelsea E. Manning @xychelsea · Apr 11
** STATEMENT: Chelsea's legal team responds to today's unsealed indictment. This is further evidence that the government's continued imprisonment of Chelsea for her principled stance against grand jury secrecy is punitive, cruel and unnecessary

225 3.4K 6.6K

Chelsea E. I...
@xychelsea

Grand Jury Resist...
Expert. Fmr. Intel...
Tweets are my ow...

Bethesda, Ma...
xychelsea.is
Joined August...
Born Decemb...

**Chelsea E. Manning**
@xychelsea

Follow

** Reminder: Chelsea is still in need of funds for her legal expenses. Please donate if you can, and help spread the word so she can have a soft landing when she is finally released!

12:39 PM - 11 Apr 2019

**1,208** Retweets **1,581** Likes

123 1.2K 1.6K

Drew Connolly @DrewConnollyIII · Apr 11
Replying to @xychelsea
Ms. Manning can be released immediately as soon as she complies with a legally validly issued Federal Court subpoena voted by a Grand Jury of 23 of her peers. No one is above the law. Not now , not ever or we have no law.

6 1 15

