# <u>EXHIBIT F</u>



**Chelsea E. Manning** ✓ @xychelsea · Mar 8

** Chelsea was taken into custody today for resisting a grand jury in the Eastern District of Virginia

Chelsea provided the following statement:

> I will not comply with this, or any other grand jury. Imprisoning me for my refusal to answer questions only subjects me to additional punishment for my repeatedly-stated ethical objections to the grand jury system.
>
> The grand jury's questions pertained to disclosures from nine years ago, and took place six years after an in-depth computer forensics case, in which I testified for almost a full day about these events. I stand by my previous public testimony.
>
> I will not participate in a secret process that I morally object to, particularly one that has been historically used to entrap and persecute activists for protected political speech.
>
> **Chelsea Manning**
>
> Chelsea resists

💬 620      🔁 6.6K      ♡ 14K

**Chelsea E. Manning** ✓
@xychelsea

[Follow]

** this account will be run by friends and volunteers until Chelsea is released from jail

for further updates on her grand jury resistance, follow her support committee at @ResistsChelsea and please donate to her legal fund. #LeaveChelseaAlone

11:10 AM - 8 Mar 2019

**1,497** Retweets  **3,409** Likes

💬 139      🔁 1.5K      ♡ 3.4K

**Lee Brooks** @lbrooks5150 · Mar 8
Replying to @xychelsea @ResistsChelsea
Hopefully for a very long stay.. Dude got off easy

💬 9      🔁 1      ♡ 23

**Kat Karena** @KatKarena · Mar 8
Im thankful for those who bravely expose evil slaughter of innocents.

💬 1      🔁 1      ♡ 5