# **EXHIBIT H**

| Navigation |



info@eviltwinbooking.org
1 215 473 0308

# Chelsea Manning

REQUEST BOOKING INFORMATION FOR CHELSEA MANNING



**Chelsea E. Manning** is a technologist and network security expert whose actions have shown the power of individuals to change the world through bravery, conscience, and determination. She speaks on the social, technological and economic ramifications of Artificial Intelligence, and on the practical applications of machine learning. She is a vocal advocate for government transparency and queer and transgender rights as @xychelsea on Twitter and through her op-ed columns for The Guardian and The New York Times.

History:



Chelsea E. Manning worked as an intelligence analyst for the U.S. Department of Defense, where she publicly disclosed classified documents that revealed human rights abuses and corruption connected to the U.S. wars in Iraq and Afghanistan. Upon being sentenced to 35 years for leaking government documents, an unprecedented amount of time for whistleblowers, she publicly identified as a trans woman and asserted her legal rights to medical therapy. After serving 7 years in military prison, President Barack Obama commuted her sentence to time served. She was released in 2017.

REQUEST BOOKING INFORMATION FOR CHELSEA MANNING

## Topics

artificial intelligence, government transparency, human rights, technology, transgender rights

## You also might like



Dr. Gabriella (Biella) Coleman, PhD



Glenn Greenwald

Glenn Greenwald, a former constitutional lawyer, is an

Dr. Gabriella Coleman, PhD: Anthropologist, Author, and Specialist on Hacker culture and digital activism

investigative journalist who co-founded The Intercept and whose NSA reporting won the 2014 Pulitzer Prize for Public Service.



### Melanie Rieback



### Nadya Tolokonnikova of Pussy Riot

Dr. Melanie Rieback is the CEO/Co-founder of Radically Open Security, the world's first non-profit computer security consultancy company.

Nadya Tolokonnikova is a conceptual artist and political activist from Russia. She is a founding member of Pussy Riot, focusing attention on feminism, LGBT rights and human rights violations at home and abroad.

Contact: P.O. Box 30726 Philadelphia PA 19104 USA | info@eviltwinbooking.com | office 215-473-0308