# **EXHIBIT I**



For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

Home    Moments    Search Twitter    Have an account? Log in

\*\* Chelsea & her legal team have just filed a motion asking Judge Anthony Trenga to reconsider his previous ruling based on several compelling new developments.

**Chelsea Mannings Lawyers File Motion to Reconsider Sanctions**
Today, Chelsea Manning and her legal team filed a Motion in which they ask Judge Anthony Trenga to release Chelsea from confinement
sparrowmedia.net

74    867    2.1K

Chelsea E. Manning Retweeted
**Chelsea E. Manning** @xychelsea · May 23
The U.S. administration describes the press as the opposition party and an enemy of the people. Today, they have made their rhetoric a reality. Now their paranoia is both policy and law.

67    657    1.7K

Show this thread

**Chelsea E. Manning** @xychelsea · May 23
It's telling that @EDVAnews appears to have obtained an indictment *before* my contempt hearing last week.

**Chelsea Manning on Todays Superseding Indictment**
Chelsea Manning and her attorney Moira Meltzer-Cohen have issued the following statements in reply to todays superseding indictment.
sparrowmedia.net

47    654    1.4K

Show this thread





For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

**STATEMENT: Chelsea Manning Remanded Into Custody**
Today, Chelsea Manning was remanded into federal custody, again, for refusing to testify before a federal Grand Jury.
sparrowmedia.net

1.3K 11K 13K

**Chelsea E. Manning** @xychelsea · May 15
switching to red dead story mode on hard now twitch.tv/xychelsea87

> **Chelsea E. Manning** @xychelsea
> streaming apex legends on twitch before facing my second contempt hearing tomorrow 🎮🌈💕 twitch.tv/xychelsea87

59 149 1.2K

**Chelsea E. Manning** @xychelsea · May 15
streaming apex legends on twitch before facing my second contempt hearing tomorrow 🎮🌈💕

**xychelsea87 - Twitch**
Chelsea E. Manning
twitch.tv

275 1.2K 7.1K

**Chelsea E. Manning** @xychelsea · May 10
my first words out of jail were "hey doggo" 🐶🌈💕

210 1.0K 9.5K

Show this thread

**Chelsea E. Manning** @xychelsea · May 10
hey everyone - im back online after the grand jury expired but there's still a long fight ahead ✊❤️🌈

For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

Home     Moments                                    Search Twitter         Have an account? Log in

prosecutors subpoenaed her to appear a 2nd time for a different grand jury - but for same questions - on May 16th - official statement from her pending

**Chelsea Manning Released from Alexandria Detention Center**
Chelsea Manning released from Alexandria Detention Center after Grand Jury lapses. Chelsea subpoenaed to appear before another Grand Jury ...
sparrowmedia.net

417    3.0K    7.8K

**Chelsea E. Manning** @xychelsea · May 6
** As lawyers file a new motion, Chelsea continues to receive warmth & strength from colleagues, educators, lawyers, diplomats, activists, factory workers, vets, journalists, union leaders, store clerks & politicians from the US & all around the world. sparrowmedia.net/2019/05/chelse…

128    1.2K    3.9K

**Chelsea E. Manning** @xychelsea · Apr 28
chelsea manning

356    1.7K    13K

**Chelsea E. Manning** @xychelsea · Apr 22
** Today, the 4th Circuit Court of Appeals ruled to keep Chelsea in jail. "I don't have anything to contribute to this, or any other grand jury ... I will not give up," she says.

Full statement from Chelsea and her attorneys:
sparrowmedia.net/2019/04/chelse…

> "While disappointing, we can still raise issues as the government continues to abuse the grand jury process. I don't have anything to contribute to this, or any other grand jury. While I miss home, they can continue to hold me in jail, with all the harmful consequences that brings. I will not give up. Thank you all so very much for your love and solidarity through letters and contributions."
>
> Chelsea Manning                                  Chelsea resists

198    2.0K    3.8K

**Chelsea E. Manning** @xychelsea · Apr 11

For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

Chelsea Manning has been summoned to appear and give testimony before a federal grand jury. While the exact nature of the grand jury is unknown, signs indicat...
actionnetwork.org

123 1.2K 1.6K

Show this thread

**Chelsea E. Manning** @xychelsea · Apr 11
** STATEMENT: Chelsea's legal team responds to today's unsealed indictment. This is further evidence that the government's continued imprisonment of Chelsea for her principled stance against grand jury secrecy is punitive, cruel and unnecessary

**STATEMENT: Chelsea Manningâs team on Assange indictment.**
Statement from Chelsea Manningâs team regarding todayâs unsealed indictment against Julian Assange and the punitive nature of Chelsea's
sparrowmedia.net

225 3.4K 6.6K

Show this thread

**Chelsea E. Manning** @xychelsea · Apr 4
** Chelsea is extremely grateful for everyone's support. While this is a big win, there's still a road ahead to get her out of jail. Please donate to Chelsea's legal fund so her lawyers can continue to work on her appeal and bring her home:

**Chelsea Manning Needs Legal Funds to Resist a Gr...**
Chelsea Manning has been summoned to appear and give testimony before a federal grand jury. While the exact nature of the grand jury is unknown, signs indicat...
actionnetwork.org

92 1.2K 3.4K

Show this thread

**Chelsea E. Manning** @xychelsea · Apr 4
** UPDATE: After 28 days in so-called "administrative segregation" (solitary confinement), Chelsea has finally been moved into general population at Truesdale Detention Center

303 3.1K 14K

Show this thread

For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

Home Moments Search Twitter Have an account? Log in

**Chelsea Manningâs Lawyers Demand Court to Release Her**

Chelsea Manningâs Lawyers asked the Fourth Circuit Court of Appeals to release her, pending appeal, citing abuse of district court discretion.

sparrowmedia.net

165 1.7K 3.8K

Chelsea E. Manning Retweeted

**Chelsea Resists** @ResistsChelsea · Apr 1

Over the weekend we hit 55k in legal funds! Our ultimate goal is 150k. For this next phase of fundraising, we are asking supporters to get creative: organize benefits, sell t-shirts, send this link to your wealthy Uncle. Every bit helps. #WeGotThis

**Chelsea Manning Needs Legal Funds to Resist a Gr…**

Chelsea Manning has been summoned to appear and give testimony before a federal grand jury. While the exact nature of the grand jury is unknown, signs indicat...

actionnetwork.org

21 353 509

Chelsea E. Manning Retweeted

**The Sparrow Project** @sparrowmedia · Mar 29

Lawyers for Chelsea Manning ask Fourth Circuit Court of Appeals to void charges of civil contempt.

**Chelsea Manning's Lawyers Appeal Charges of Civil Contempt**

Chelsea Manningâs attorneys asked the Fourth Circuit Court of Appeals to vacate (void) District Court Judge Hilton's finding of civil contempt.

sparrowmedia.net

For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

** Chelsea's support committee demands that Chelsea be immediately released from "administrative segregation" (solitary confinement)

Statement: xychelsea.is/?page_id=28

**From:** ***Inmate Handbook for the William G. Truesdale Adult Detention Center issued by the Alexandria Sheriff's Office, July 2017. (Page 9):***

In Administrative Segregation, you will be housed in your cell for a maximum of 22 hours per day. You will receive breaks according to an established break schedule. You will use your break — usually two hours long — to make personal phone calls and attend to your hygiene needs.

**From:** ***Preface by Juan E Mendez, UN Special Rapporteur on Torture (Spanish Edition, 2014) to a Sourcebook on Solitary Confinement by Sharon Shalev (page 1)***

"..I have defined solitary confinement on the basis of the Istanbul Statement on the Use and Effects of Solitary Confinement, as the physical and social isolation of individuals who are confined to their cells for 22 to 24 hours a day. Although the form of this practice and the name given to it may vary, its overriding characteristic is the absence of meaningful human contact by the isolated person with other persons or with the world outside his or her cell."

129 1.7K 3.0K

Chelsea E. Manning Retweeted

**Fight for the Future** @fightforthefrt · Mar 8

STATEMENT: Fight for the Future calls for the immediate release of whistleblower Chelsea Manning, who has been jailed for mounting a principled opposition to testifying before a secretive Grand Jury fightforthefuture.org/news/2019-03-0...

Whistleblower and human rights advocate Chelsea
back in prison for mounting a principled oppositio
Jury. Digital rights group Fight for the Future, whic
and led many campaigns demanding her release fr
statement, which can be attributed to Deputy Dire
she/her):

*"Chelsea Manning is a brave, kind, and principled p*
*immensely at the hands of the US government simpl*
*up for human rights. We unequivocally condemn the*
*continuing to stand on her convictions and mountin*
*testifying before a Grand Jury.*

*Grand Juries have frequently been used as secretive*
*entrap activists. There is a long and important histo*
*government overreach. Chelsea is one of the most p*
*Punishing her with more prison time is not going to*

Charlie Savage, David Shortell, Dell Cameron and 4 others

45 615 1.1K

Chelsea E. Manning Retweeted

**Chelsea Resists** @ResistsChelsea · Mar 8

Here is Chelsea's address:

Chelsea Elizabeth Manning
William G. Truesdale Adult Detention Center
2001 Mill Road
Alexandria, VA

For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

You CAN write letters with pen or colored pencils on paper, and send newspapers.

149 4.1K 8.5K

Show this thread

Chelsea E. Manning Retweeted

**Chelsea Resists** @ResistsChelsea · Mar 8

Our statement on the today's court decision to imprison Chelsea for her brave grand jury resistance —

"If Judge Claude M. Hilton and AUSA Gordon Kromberg believe that subjecting Chelsea to more punishment will change her mind, they are gravely mistaken."

**Chelsea Manning's Support Committee: Manning's…**
FOR IMMEDIATE RELEASE : March 8, 2019 Contacts : Andy Stepanian, 631.291.3010, andy@sparrowmedia.net Chelsea Manning's Support
balestramedia.com

31 308 559

Chelsea E. Manning Retweeted

**Chelsea Resists** @ResistsChelsea · Mar 8

"This ain't my first rodeo", Chelsea told her lawyer before she was confined. Word is that she's okay, brave as hell. Stay tuned for more updates.
#LeaveChelseaAlone

41 612 2.5K

Show this thread

**Chelsea E. Manning** @xychelsea · Mar 8

** we will release this information as soon as we have it - please stay tuned

**Azzurra Crispino in Liberatori** @LibertyHerbert
Replying to @xychelsea @ResistsChelsea
What's her address and inmate number?

32 215 1.1K

**Chelsea E. Manning** @xychelsea · Mar 8

** this account will be run by friends and volunteers until Chelsea is released from jail

for further updates on her grand jury resistance, follow her support committee at @ResistsChelsea and please donate to her legal fund. #LeaveChelseaAlone

**Chelsea Manning Needs Legal Funds to Resist a Gr…**
Chelsea Manning has been summoned to appear and give testimony before a federal grand jury. While the exact nature of the grand jury is unknown, signs indicat…
actionnetwork.org

139 1.5K 3.4K

Show this thread

For the best Twitter experience, please use Microsoft Edge, or install the Twitter app from Microsoft Store.

Home Moments Search Twitter Have an account? Log in

I will not comply with this, or any other grand jury. Imprisoning me for my refusal to answer questions only subjects me to additional punishment for my repeatedly-stated ethical objections to the grand jury system.

The grand jury's questions pertained to disclosures from nine years ago, and took place six years after an in-depth computer forensics case, in which I tesified for almost a full day about these events. I stand by my previous public testimony.

I will not participate in a secret process that I morally object to, particularly one that has been historically used to entrap and persecute activists for protected political speech.

**Chelsea Manning** Chelsea resists

620 6.6K 14K

Show this thread

**Chelsea E. Manning** @xychelsea · Mar 7

**Chelsea Manning Needs Legal Funds to Resist a Gr…**
Chelsea Manning has been summoned to appear and give testimony before a federal grand jury. While the exact nature of the grand jury is unknown, signs indicat...
actionnetwork.org

199 1.1K 1.4K

Show this thread

**Chelsea E. Manning** @xychelsea · Mar 7
tomorrow i'm facing a sealed contempt hearing for refusing to testify at a secret grand jury over my 2010 disclosures

statement:

"On Friday, I will return to federal court in Alexandria, Virginia for a closed contempt hearing. A judge will consider the legal grounds for my refusal to answer questions in front of a grand jury. The court may find me in contempt, and order me to jail.

"Yesterday, I appeared before a secret grand jury after being given immunity for my testimony. All of the substantive questions pertained to my disclosures of information to the public in 2010—answers I provided in extensive testimony, during my court-martial in 2013. I responded to each question with the following statement: 'I object to the question and refuse to answer on the grounds that the question is in violation of my First, Fourth, and Sixth Amendment, and other statutory rights.'

"In solidarity with many activists facing the odds, I will stand by my principles. I will exhaust every legal remedy available. My legal team continues to challenge the secrecy of these proceedings, and I am prepared to face the consequences of my refusal."

**Chelsea Manning** Chelsea resists

2.1K 4.7K 12K

Show this thread

**Chelsea E. Manning** @xychelsea · Feb 14
I haven't decided for how long or if I'm going to deactivate this account

260 31 791

Show this thread

**Chelsea E. Manning** @xychelsea · Feb 14
I am leaving twitter





