# **EXHIBIT K**



# UNTITLED CHELSEA MANNING MEMOIR

Chelsea Manning
Farrar, Straus and Giroux

## BUY THE BOOK

Hardcover ▼

Farrar, Straus and Giroux
Farrar, Straus and Giroux
On Sale: 03/03/2020
ISBN: 9780374279271

224 Pages

$26.00

**Amazon**   **Barnes & Noble**   **Books-a-Million**

In 2010, Chelsea Manning, working as an intelligence analyst in the U.S. Army in Iraq, disclosed 720,000 classified military documents that she had smuggled out via the memory card of her digital camera. In March 2011, the United States Army sentenced Manning to thirty-five years in military prison, charging her with twenty-two counts relating to the unauthorized possession and distribution of classified military documents. The day after her conviction, Manning declared her gender identity as a woman and began to transition. In 2017, President Barack Obama commuted her sentence and she was released from prison.

In her as yet untitled memoir, Manning recounts how her pleas for increased institutional transparency and government accountability took place alongside a fight to defend her rights as a trans woman. She reveals her challenging childhood, her struggles as an adolescent, what led her to join the military, and the fierce pride she took in her work. We also learn the details of how and why she made the decision to send classified military documents to WikiLeaks. This powerful, observant memoir will stand as one of the definitive testaments of the digital age.

## ABOUT THE AUTHOR

Chelsea Manning



*Chelsea Manning*

## FROM THE PUBLISHER

Farrar, Straus and Giroux





{ ABOUT }
*Macmillan Home Page*
▸ *About Macmillan*
*Press*
*Careers*
*Contact Us*
*Sustainability*
*Macmillan Code of Conduct*
*Macmillan Code of Ethics for Business Partners*

{ SERVICES }
*Publishers*
*Booksellers*
*Academic*
*Library*
*Catalogs*
*Podcasts*
*Macmillan Speakers*
*Special Markets*
*Macmillan Distribution UK (MDL)*
*Alternative Format Request*

{ PUBLISHERS }
*Celadon Books*
*Farrar, Straus and Giroux*
*First Second*
*Flatiron Books*
▸ *Henry Holt & Co.*
*Macmillan Audio*
*Picador*

{ CHILDRENS }
*Macmillan Children's Publishing Group*
*FSG Books for Young Readers*
*Feiwel & Friends*
*Holt Books for Young Readers*
*Imprint*
*Kingfisher*
*Odd Dot*

**Privacy Notice.**

**Ads and Cookies.**

**Terms of Use.**

**Piracy.**

**Site Map.**

**Visit our Corporate Site**

**Powered by Supadū**

© 2019 Macmillan

Privacy - Terms