# **EXHIBIT L**

CITY ON A HILL
WATCH THE PREMIERE EARLY FOR FREE >

DOCUMENTARIES

# XY CHELSEA

Rated TVMA • 90 minutes

The historic story of whistle-blower Chelsea Manning, whose 35-year sentence in an all-male maximum security prison was commuted by President Obama in 2017. Shot over two years and featuring exclusive interviews and behind-the-scenes verité with Manning, the film picks up on the momentous day in May when she leaves prison and follows her through her journey of discovery, while also examining her place in the conversation on national security and the fight of the transgender community for rights and visibility.

STREAM THIS MOVIE

WATCH A PREVIEW

VIEW PHOTOS

## ON SHOWTIME SHOWCASE

Wednesday, Jun 12 at 3:55 PM ET/PT

SEE TV SCHEDULE

## ON DEMAND

Available now

SEE SCHEDULE

## WANT SHOWTIME? CHOOSE YOUR WAY





