UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

In re: Grand Jury Subpoena,          )
                                     )
CHELSEA MANNING,                     )          **1-19-dm-00012-AJT**
                                     )
                Movant.              )
_____)


**NOTICE OF INTENT TO FILE REPLY**

COMES NOW, Chelsea Manning, through counsel, and respectfully notices her intent to reply to the government's response to her Motion to Reconsider. Counsel will file the reply by June 20, 2019.


Respectfully Submitted,
By Counsel


Dated: June 17, 2019


*/s/ Moira Meltzer-Cohen*
MOIRA MELTZER-COHEN
*(pro hac vice)*
277 Broadway, Suite 1501
New York, NY 10007
347-248-6771
mo_at_law@protonmail.com

/s/ *Sandra Freeman*
SANDRA C. FREEMAN (VSB# 78499)
5023 W. 120th Avenue, #280
Broomfield, Colorado 80020
720-593-9004
sandra.c.freeman@protonmail.com

/s/ *Chris Leibig*

CHRISTOPHER LEIBIG (VSB#40594)
114 N. Alfred Street
Alexandria, Virginia 22314
703-683-4310
chris@chrisleibiglaw.com

/s/ Vincent J. Ward
VINCENT J. WARD
*(pro hac vice pending)*
Freedman Boyd Hollander Goldberg Urias & Ward, P.A
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102
505-842-9960
vjw@fbdlaw.com