IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN DOE 2010R03793 )<br>)<br>) | Case No. 1:19-dm-12-AJT-2 |

## ORDER

Chelsea Manning, through counsel, has filed a letter motion to modify the Court's Order of May 16, 2019 [Doc. 9] confining her for the term of the grand jury "to reflect the settled law limiting to a total 18 months the aggregate term of confinement for reiterated contempts before different grand juries." *See* [Doc. 13] ("the Motion"). Upon consideration of the Motion, the Court GRANTS the motion and amends its Order of May 16, 2019 [Doc. 9] as stated below.

Accordingly, it is hereby

ORDERED that Chelsea Manning be, and she hereby is declared, in civil contempt of court for refusing to testify before the Grand Jury, as ordered; and it is further

ORDERED that Chelsea Manning be REMANDED to the custody of the Attorney General until such time as she purges herself of contempt or for the life of the grand jury, but in no event longer than a term of 18 months, with credit for time served in the prior grand jury matter in which she was confined; and it is further

ORDERED that if Chelsea Manning does not purge herself of contempt within thirty days of this Order, she shall incur a conditional fine of $500 per day until such time as she purges herself of contempt; and if she fails to purge herself of contempt within sixty (60) days after the date of the issuance of this Order, a conditional fine of $1,000 per day until such time as she purges herself of contempt or for the life of the grand jury.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 5, 2019