

| START ORGANIZING | LOGIN OR SIGNUP |

# Sign the Petition: Free Chelsea Manning Now

### ⊕ JUDGE ANTHONY TRENGA

**60,330 Signatures Collected**

Only 42,070 more until our goal of 102,400

## SIGN THIS PETITION

First Name

Last Name

Email *

Zip/Postal Code *

Not in the US?

Comments



In 2010, former military intelligence analyst Chelsea Manning disclosed earth-shattering information about the nature of asymmetric warfare and U.S. handling of global affairs. **And she paid dearly for it.** Chelsea was incarcerated for years, including long stretches in solitary confinement, under conditions that the United Nations condemned as torture.

After millions of people around the world spoke out and demanded her release, Chelsea's sentence was commuted.

But the US government did not stop persecuting her.

**Now, Chelsea has been back in jail for nine months, and faces nine more. Not because she has committed any crime, but because of her conscientious objection to participating in a secretive grand jury investigation into the publication of her 2010 disclosures.**

Between their original forensic investigation and Chelsea's detailed statement at court martial, the government gained exhaustive knowledge about her role in the disclosures. They have no need for her testimony—they obtained at least one indictment a full year before she was called to testify before the grand jury, and disclosed another two months after she was jailed for her refusal to do so.

Chelsea's refusal to participate in this process is part of a long history of resistance to grand juries, which are routinely used to harass and entrap activists, journalists, and truth tellers. In a shocking move, the judge in the case has imposed massive fines on Chelsea, charging her $1,000 per day while the US government holds her in "coercive confinement," ostensibly to convince her to agree to their demand that she give testimony to the grand jury.

We know Chelsea Manning's name because she is a principled and fearless advocate for her beliefs. She is prepared to spend another nine months in confinement, and to bear the crushing debt of these unprecedented fines. Senior U.S. officials, including the Secretary of State and the President himself have publicly expressed their hostility toward her. It could not be more clear that the government wishes to punish Chelsea further for her 2010

ADD YOUR NAME

You may receive updates from *FFTF Joint Actions, Fight for the Future, Defending Rights & Dissent (DRAD), RootsAction.org, Media Alliance, Daily Kos, Demand Progress,* and *Freedom of the Press Foundation,* the sponsors of this petition.

You may receive updates from *Fight for the Future,* who shared this petition with you.

Edit Subscription Preferences

disclosures. It could not be more clear that she will never comply with the grand jury.

Chelsea has already served half of the 18 month maximum that the government can hold her. She's about to spend another birthday in a jail cell. The US government has no legal justification for continuing to imprison her. This must stop. **Sign the petition now to send the following letter to Judge Trenga demanding Chelsea Manning's immediate release.**

SPONSORED BY



**FFTF JOINT ACTIONS**

ADDITIONAL SPONSORS



**FIGHT FOR THE FUTURE**



**DEFENDING RIGHTS & DISSENT (DRAD)**



**ROOTSACTION.ORG**



**MEDIA ALLIANCE**



**DAILY KOS**



**DEMAND PROGRESS**

**FREEDOM OF THE PRESS FOUNDATION**

To: Judge Anthony Trenga
From: [Your Name]

Dear Honorable Judge Trenga,

I am writing to ask you to recognize that continuing to keep Chelsea Manning behind bars is both futile and cruel. She is known to the world as a principled advocate, and everything she does and says demonstrates her strong will and commitment to her ideals. Her testimony in this grand jury is not needed, and her current incarceration appears to be an attempt to punish her further for past offenses. As she will never be convinced to betray her principles, even by jail time or burdensome fines, her imprisonment does not serve the interests of the grand jury, the government, the court, or the law.

Please make the right decision and order her release so that she may return to her community and heal in peace.