IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JOHN DOE 2010R03793 ) <br> ) | Case No. 1:19-dm-12-AJT-2 |

## ORDER

By Letter Motion dated March 3, 2010 ("the Motion") [Doc. 33], Chelsea Manning, through counsel, seeks to "bar the government from transporting Ms. Manning to the Grand Jury prior to the March 13 appearance before this Court [in connection with her Memorandum of Law in support of Motion to Release Witness]." Upon consideration of the Motion and the arguments in support thereof, it is hereby

ORDERED that the Letter Motion [Doc. 33] be, and the same hereby is, **DENIED**.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 6, 2020

1